CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

AUG 08 2024

LAURA A. AUSTIN, CLERK
BY: [signature]
DEPUTY CLERK

Pg. 1/4

URBANSKI
District Judge
Assign. by Clerk's Ofc.

Memmer
Mag. Referral Judge
Assign. by Clerk's Ofc.

IN THE UNITED STATES DISTRICT COURT
for the WESTERN DISTRICT OF VIRGINIA

For use by Inmates filing a Complaint under

CIVIL RIGHTS ACT, 42 U.S.C. §1983 or BIVENS v. SIX UNKNOWN NAMED AGENTS OF FED. BUREAU OF NARCOTICS, 403 U.S.C. §388 (1971)

AMOS JACOB ARROYO — Plaintiff full name

1943912 — Inmate No.

v.

CIVIL ACTION NO. 7:24-cv-00518 (Assigned by Clerk's Office)

unknown — Defendant(s) full name(s)

******************************************************************

A. Where are you now? Name *and* address of facility River North Corrections Center

B. Where did this action take place? River North Mailroom

C. Have you begun an action in state or federal court dealing with the same facts involved in this complaint?

____ Yes  X No

If your answer to A is Yes, answer the following:

1. Court: ____

2. Case Number: ____

D. Have you filed any grievances regarding the facts of this complaint?

X Yes  ____ No  Emergency Grievance # 167791

1. If your answer is Yes, indicate the result:

Retaliatory Conduct Changing instrument # RNCC-2024-2031 was Give 3 Hours later.

2. If your answer is No, indicate why:

E. Statement of Claim(s): State briefly the facts in this complaint. Describe what action(s) each defendant took in violation of your federal rights and include the relevant dates and places. **Do not give any legal arguments or cite any cases or statutes**. If necessary, you may attach additional page(s). Please write legibly.

Claim #1 -- Supporting Facts – Briefly tell your story without citing cases or law:
THE MAILROOM & INVESTIGATION STAFF COMMITTED MAILFRAUD By Admission TO THE WARDEN By DESTROYING PROPERLY STAMPED & METERED OUTGOING legal Mail TO MY ATTORNEYS & TO THE COURTS.

Claim #2 – Supporting Facts – Briefly tell your story without citing cases or law:
Facility staff Have Retaliated AGAINST ME. BY Giving Me Charges (institutional), upheld Through Denial of Evidence & Denial of Due Process & Improperly using My Trust Funds. Also Destruction of Legal & Law Documents That Would prove My innocence, & Denial of TAX Forms & RETURN Funds.

F. State what relief you seek from the Court. Make no legal arguments and cite no cases or statutes.

INjunctive Relief; Compensatory Relief & Punitive Relief.

G. If this case goes to trial, do you request a trial by jury? Yes X No ____

H. If I am released or transferred, I understand it is my responsibility to immediately notify the court in writing of any change of address ***after*** I have been released or transferred or my case may be dismissed.

SIGNATURE: [signature] By: Amos-Jacob: Arroyo Date 8/3/2024

VERIFICATION:
I, Amos·Jacob: ARROYO, state that I am the plaintiff in this action, and I know the content of the above complaint; that it is true of my own knowledge, except as to those matters that are stated to be based on information and belief, and as to those matters, I believe them to be true. I further state that I believe the factual assertions are sufficient to support a claim of violation of constitutional rights. Further, I verify that I am aware of the provisions set forth in 28 U.S.C. §1915 that prohibit an inmate from filing a civil action or appeal, if the prisoner has, on three or more occasions, while incarcerated brought an action or appeal in federal court that is dismissed on the grounds that it was frivolous, malicious, or failed to state a claim upon which relief may be granted, unless the prisoner is imminent danger of serious physical injury. I understand that if this complaint is dismissed on any of the above grounds, I may be prohibited from filing any future actions without the pre-payment of the filing fees. I declare under penalty of perjury the foregoing to be true and correct.

SIGNATURE: [signature] Date: 8/3/2024

J. WOOD, #1191565
RNCC
329 Dellbrook Lane
Independence, VA 24348

VADOC NEITHER CENSORED NOR INSPECTED THIS ITEM AND ASSUMES NO RESPONSIBILITY FOR ITS CONTENTS

GREENSBORO NC 270
6 AUG 2024 PM 5 L

US POSTAGE PITNEY BOWES
CORRECTION
ZIP 24348 $ 000.97⁰
02 7W
0008034083 AUG 06 2024

Office of the Clerk
U.S. District Court
210 Franklin Road
Room 540
Roanoke, VA 24011

RECEIVED
AUG 08 2024
USDC Clerk's Office
Mail Room

RECEIVED
AUG 06 2024
RNCC Mailroom
Outgoing Legal Mail

24011-220840

LEGAL MAIL