IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF VIRGINIA

AMOS JACOB ARROYO )
Amos-Jacob:Arroyo ) case no. 7:24cv518
)
v. ) AMENDMENT TO COMPLAINT
)
RIVER NORTH CC, )
& Unknown Respondents )
sued in individual )
& official Capacities )

CLERK'S OFFICE U.S. DISTRICT COURT
AT ROANOKE, VA
FILED
SEP 20 2024
LAURA A. AUSTIN, CLERK
BY: [signature]
DEPUTY CLERK

COMES NOW, Amos-Jacob:Arroyo, Privately & personally on behalf of The Trust, In Admiralty Jurisdiction, to move this honorable court on the merits of the included evidence referenced & entered on the commercial record to find in favor of the petitioner for irreparable harms & injury.

I. JURISDICTION & VENUE

1. The Jurisdiction & Venue is proper in accordance with the U.S. & congressional session law, See 28 usc 1331, 1367, 1343, 1391(b) 2201 (a) & 2202 & 42 usc 12117(A), 12131(1)(B), as this is the region where the offenses took place mentioned in the adopted facts herein.

II. PARTIES

2. Amos -Jacob:Arroyo, is being unlawfully held under a void contract devoid of the necessary components for a contract to exist. He has never been offered full disclosure & this Quasi Contract here is in question. He is being Kidnapped at River North Correctional Facility, 329 Dellbrook lane, Independence, Virginia. He is irreparably harmed & injured herein.

3. River North Correctional Center is the Custodian unlawfully holding petitioner Amos-Jacob: Arroyo & is herein the Respondent.

III. FACTS

4. Petitioner adopts included Affidavit of facts as witness testimony Herein which are included with this action, Named:

a. Affidavit For Mail

b. Affidavit for Abuse Of Power & Retaliation

IV. CLAIMS

5. Unknown Respondents Have colluded to cause irreparable harm & physical, Mental & emotional injury to the Petitioner without a lawful Contract, under the color of Law (state & Federal) & have acted with deliberate indifference & wonton neglect.

6. Unknown actors have knowingly & intentionally violated their duty to the US constitution & to uphold my human & civil liberty in violation of Federal Statutes in pursuance there of. They are guilty of violations of the following:

Title 18 of The United States Code & correlating Congressional session law, Sections 201; 215; 241; 242; 401; 402; 656;657; 872; 873; 876; 1001; 1005; 1006; 1007; 1014; 1032; 1201; 1202; 1341; 1343; 1344; 1511; 1621; 1622; 1963; 1964; 3571; 3623; 3691.

V. PRAYER

WHEREFORE, We pray that this court grant the following:

7. An immediate Preliminary injunction & Temporary Restraining order based on the merits of the included Documents proving prima Facie mail Fraud, &

8. A declaratory Judgement Stating that the Acts & omissions perpetrated by the unknown State Actors is in violation of Federal Law & its corporate employees have violated my private & Civil rights, in addition to my natural human rights.

Respectfully Submitted,

by: Amos-Jacob: Arroyo

AMOS JACOB ARROYO Trust #1943912
Legal mail location: LMDC
3521 Woods Way,
State Farm, Virginia 23160

CERTIFICATE OF SERVICE

I, Amos-Jacob:Arroyo, hereby certify that a true & correct copy of this document was sent to the Western District United States Courthouse in Roanoke, Virginia, under penalty of Perjury under the law of the United States of America.

dated: 9/12/24

by : Amos-Jacob:Arroyo

VADOC NEITHER
CENSORED NOR INSPECTED
THIS ITEM AND ASSUMES NO
RESPONSIBILITY FOR ITS CONTENTS

US POSTAGE PITNEY BOWES
CORRECTION
ZIP 24348 $ 001.51⁰
02 7W
0008034083 SEP 16 2024

A. Arroyo #1943912
329 Dell Brook Lane
Independence, VA 24348

Clerk of Court
US Dist. Ct. Western Region
210 Franklin Rd. Room 540
Roanoke, VA 24011



RECEIVED
SEP 16 2024
[illegible]CC Mailroom
Outgoing Legal Mail

Official Business
Legal Correspondence

RECEIVED
SEP 20 2024
USDC Clerk's Office
Mail Room