AFFIDAVIT FOR MAIL



I, Amos-Jacob:Arroyo, State as follows:

1. On or around 7/1/23, I was informed about the 37th Congress, Session III Postal Law Found under 12 stat. 701 CH. 71, sec.23, standard mail rate of 1/2 1oz. at a rate of 2¢ local & 3¢ in the mails.
2. I began using this rate in accordance with congressional law. I Have had multiple letters arrive to their intended location & recieved responses to those letters using 1¢, 2¢ & 3¢ stamps. I periodically received return correspondence notices from River North facility staff ("rncc") claiming the correspondence returned for insufficient postage, despite the congressional law remaining in effect without being repealed. Arround this time the facility removed the 5¢ Stamps (showing a 1 oz. coverage weight on its face) & 15¢ stamps (showing a 3 oz. coverage weight on its face) from the commissary list. 1¢, 2¢, & 3¢ stamps still remain.
3. On or around 9/1/23, I began dsregularly receiving insufficient postage (Return Correspondence)Notices From rncc mailroom for properly posted mail. Prima Facie Mail Fraud.
4. I sent out multiple letters to law libraries & courts for free legal materials in accordance with their common practices. I requested case laws, code & legal forms. I continued to notice that my outgoing mail to legal, special interest & law library addresses do not recieve responses, in any way. Prima Facie mail fraud.
5. I have repeatedly noticed that my mail is not being properly sent out or being received. This includes electronic, regular, special interest, & legal mail.,On or around 11/11/23 My aunt Nisel Pardo McDonald emailed me informing me that she has not received any of my emails I have sent her, for the previous 8 months. Several days later, she told me in an email that she received these emails all at once. This informed me of the staff practices of intentionally cutting off access to inmate loved ones & support without lawful or legal justification. This has remained a practice & an ongoing unresolved issue.
6. My longtime Friend Don Davis (Retired James city County City Planner, in Virginia State) Became my attorney on or around 11/1/2023, in James City County,Virgina State (see county record) He wrote me every week several times a week. I wrote him almost every week. I wrote him almost every week. We had conversations for a year through the mail.
7. I began noticing that when i wrote Mr. Davis around 2/1/24 that he no longer responded to my letters in his letters.
8. On 3/11/24, I got a returned correspondence Notice for my 2¢ stamped envelope marked "legal mail" sent locally to Mr. Davis, which was properly addressed, for insufficient postage. This Returned envelope photocopy shows it was opened (not in my presence). ("see Exhibit" hereon "xb" 1h) this is evidence of the mailroom duty to verify this attorney of record & failure to properly send legal mail. (xb 1f) this outgoing mail log is proof that the facility did not record this mail going out initially or at any later point. This legal mail was never properly posted & metered. This legal mail did not get sent. Prima Facie (hereon "PF") mail fraud.

9. On 3/8/24, Mr. Davis Deposited Funds in my trust account & the facility rejected them. Mr. Daivs had been depositing money inimy account for the previous year. Prima facie misappropriation of fu funds in trust & retaliation.
10./On 3/28/24, Legal mail log (xb 1f) shows correspondence sent to attorney of record Don Davis. (xb 1i) This envelope was prop- erly posted & the facility metered the envelope with an addition- al 63¢. It never arrived. Prima Facie Mail fraud.
11. On 4/19/24, (xb 1g) I sent a properly marked "legal mail" e v envelope with a properly posted 3¢ stamp.&Itisfimpossibleatolyou create a meterrstamprwhenywas here, The envelope is entirely miss missing the city, state & zipscode. This is a violation of VADOC policy & operatinggprocedure 80331. Prima Facie mail fraud.
12. On 5/1/24 (xb 1j), I sent a properly posted, properly addres- sed & marked "legal mail" envelope with a 3¢ stamp & this envelo- pe was metered by the facility with an additional 63¢¢ This legal mail was omitted entirely from my outgoing legal mail log. Prima Facie mail fraud. It did not Arrive.
13. On 5/14/24, I sent a properly posted, properly addressed & ma marked "legal mail" envelope to Mr. Davis with a 3¢ stamp & the facility metered the envelope with an additional 63¢. This legal mail was entirely omitted from my legal mail log. Prima Facie mai mail fraud. It did not arrive.
14. On or around 4/14/24, I had surgery on my broken nose. I was prescribed by the ENT doctor, Joseph Conduff, a medical applicato or squeeze bottle which is specifically designed to clear/clean t the bridge of the nose from natural & surgery related build up & debris (I have previously used this tool while at liberty) this i is made of entirely of plastic, soft & pliable, It is not a se security concern. This prescription was never obtained. I spoke t to & wrote medical staff about the ongoming illness spreading fro from the bridge of my nose down my throat & into my chest, becau- seoofthe buildup of mucus & Blood. None of the medical prescrip- tions given, were able to take care of this. I wrote emergency gr grievance after being stuck in bed for four days. I was never tak taken to medical or seen by7the doctor, despite post surgery c complications. This issue was never adequately addressed & I was never issued anything to clean/clear the bridge of my nose.
15. On 1/26/24, "Iwwrotesa facility request for legal financial tax form(s)" (hereon "TF") 1099A & was told by M. Warren to conta act family, attorney or IRS.
16. On 2/2/24, TF 1099A & was refused & told by AS Suit Law Library supervisor to contact theainternal revenue service "irs".
17. On 3/20/24, TF. M. Hart Have me Certain Tax Forms & informed me that I would have to pay for the others requested.

18. On 3/21, 26 & 27/2024, I recieved (3) unauthorized correspondence notices (xb BB1) from the state Farm legal mail distribution center "LMDC",/for IRS certified mail, being returned to sender, they stamped & crossed out unauthorized & hand wrote General correspondence. This was requested Tax Forms 56 & 1099A & my requested tax return Funds. Prima Facie Deprivation of access to legal financial documents & funds & access to Government established agencies.
19. On or around 6/19/24, I was in the law library & witnessed Mr Malcom Richards request to M. Hart law library supervisor, make paid for copies of IRS legal Form 1099A? She Refused under claim that Asst. Warden Joseph Bateman informed her that these forms are on a ban list by the Internal Revenue Service ("IRS"). She further explained that you can get them from an outside source ( (Family, IRS).
20. On 6/20/24, TF1099A. M. Hart Responded that Per A.WO (asst. warden Joseph Bateman) these forms are restricted. I spoke to her in person shortly after this response & asked, why, if we are able to get these forms on the outside, we cannot pay to print them? She did not know. I then explained that my IRS mail continues to be Returned by the Facility & LMDC.
21. I sent Mr. Davis at least 3 letters each month in response to his incoming correspondence & from at least March 2024 everything has been sent metered & clearly marked "legal mail".
22. I sent a letter via my agent which finally reached Mr. Davis. He verified in his following letter, Recieved on July 12, 2024 that he has not been receiving any of my letters. (This letter was taken by staff when I requested Copies).
23. On 7/15/24, I wrote Emergency Grievance #167791 (xb 1a) which was received at 10:07 am by Asst. Warden Bateman (see VACORIS record (hereon "Rec") rncc-24-wri-2226: request for video footage (hereon "vid"). Post Master & Head of investigations Lt. R. Hickman Responded one hour later at 11:23 am that this is a NONEMERGENCY. Two hours later at 1:00 pm Investigator K. Lowe wrote charge RNCC-2024-2031 (xb 1b) claiming that outgoing (metered) legal mail to Mr. Davis returned for Insufficient postage ( (the only way for metered mail to return for insufficient postage is for to never have left the facility in the first place). She admits to opening my legal mail (not in my presence) in violation of VADOC legal mail policy 803.1(X)(F) stating that returned mail will be held for 7 days & notice will be sent to inmate to pay or proper postage to resend this returned correspondence & that legal mail is to be opened in inmate's presence. Further, Legal mail is to be sent out whether inmate has sufficient funds or not in order to pay forsaid postage. She claims that a request for Mr. Davis to send legal financial tax forms & updating him on the facility legal mail procedures is consiracy & unauthorized use of legal mail. Prima facie mail fraud, Retaliation & violation of VADOC procedures including 803.1.

24. On 7/26/24, upon my arrival to the facility protestant church service, I spoke to warden Younce about the mailroom admission of destroying outgoing legal mail. He Then read me an internal email sent to him from the mailroom Specifically admitting that the the facility stafff(& "the post office") have been destroying outgoing regular & legal mail (most of which was metered) because I am using 1¢, 2¢ & 3¢ stamps (sold on Facility Commissary) & that thi this properly posted mail is in some way linked to a facility security threat (illegitimately) & that I have been labeled a security threat under the (non-existent))"sovereign citizen" gang. I later explained in writing to the warden that those envelopes were metered, marked legal & photocopied. (see record rncc-24-wri-2317; vid).

25. Issues on record include but are not limited to : rncc-24-wri -2148; 2150; 2160; 2225; 2318; 2321; 2413; 2470; 2472; 2474; 2494; 2494; 2499; 2586; 2588; 2549-2555;

26. On 7/26/24, I submitted a written complaint# rncc-24-wri-2346 to record longtime friend, Thomas Stowers (retired Army Veteran) Attorney, #2024031904

28. On 8/3/24, I submitted a request to block attorney numbers fr from monitoring & recording.Thomas Stowers.

29. On 8/8/24, Sgt. E Bemis wrote rncc-2024-2477, which admits th that a letter in my name was sent to VADOC in Richmond, in an envelope with another inmates name on it. Prima Facie Mail Fraud & Retaliation.

30. On 8/2/24, rncc-2024-2471 was written by k lowe, admitting to further fraud, by mishandling mail & unlawful use of a government form, by claiming that a letter was recieved from a magazine subscription to another inmate In my name, stating that they dont accept prepaid credit accounts. All magazines offer subscriptions which are specifically Prepaid Credit accounts. Prima Facie Fraud & mail fraud & retaliation.

31. On 8/8/24; I was issued the above two new charges, 2471 at 5p 5pm right at shift change & 2477 at 11pm at night while I was asleep.

321.On 8/13/24, The day Sgt. Bemis responded to wri-2346 above, s stating, "this is not an issue', My Attorney Mr. Stowers phone # was removed by staff from my phone list. I am no longer able to call him & he has emailed me to informeme that the system wont al allow him to accept my calls when he picks up. This happened on t the very same day. Prima facie Fraud, deprivation of access to attorneys & courts & retaliation.

33. On 8/15/24, I received a deadline for US district court case nos. 2:22cv421; 478; 479. The following day I showed this to the law library supervisor M. Hart. I was added to the master pass list for the following week & I explained to her that I need more time to finish. Despite there being cancellations & open spots, I was denied the ability to stay in the law library.

/

34. 8/19/24 officer hash admitted upon delivery of these two charges that/on 8/11/24 when these documents were due forrdelivery, even though he knew exactly where I was (clearly marked on the f facility master pass) He chose not to deliver them because he did not feel like going to the law library where I was located. These charges were delivered 7 days after the VADOC policy for delivery & these charges were not to be heard or further processeddbecause of this failure to deliver in time.
I also submitted a facility request with a trust withdrawal form signed by Lt. Miller to the Business office for aycertified copy of my incoming & outgoing legal mail logs in their entirety.
H Sutfin responded that they were sent to the Unit Manager on 8/30/24. I did not receivedthese documents until 9/4/24 & when I received the documents they were not a certified copy or even a c conclusive copy that identified the document as complete. Instead it was individual pages of individual dates, with partial lines blacked out, without any identifier of how many pagesswere in the entire set, so as to identify or insurepthat there are no missing components. This document has repeatedly been denied upon request since my arrival to rncc. further
35. On 8/20/24 I spoke to M. Hart about adding my name to the following week list for law library to complete my documents for my deadline. She asked to see my court documents again. I explain -ed that I did not have these documents at that time & I would bring them the following day.
36. I Haverepeatedly expressed my fear of the facility staff's unlawful actions &ffear of retaliation. On 8/21/24 investigator T Taylor demanded that I signba statement saying that I dont fear f for my life, otherwise I would be taken to the Restrictive Housing Unit "RHU" & I was forcibly removed to RHU. Where all my self medications, Prescriptions, & medical property were removed/taken from my property (& still have not been returned as of 9/13/24). I was placed in a cell (A203; person previously in it confirmed) without a working toilet. I requested to have it fixed to no avail. I requested to be moved to no avail. I was told to urinate in the sink & I was not able to defacate in the cell & was forced to use a drinking cup to urinate in.
37. During the time my property was being "recorded" sgt. Snead decided to interfer with the logging of my property & threw away a bottle of expensive oil (polo red) away under claim it was in the wrong bottle & that it was contraban. When officer Johnson asked which of my religious prayer oil I wanted in my cell (onlys allowing me one, instead of one of each), I told him I wanted my Polo Red, which was thrown away. I explained that If he brought it to me & proved it was in the wrong bottle than I would accept that as final. When he finally complied, he exclaimed, "I dont know why sgt. Snead said that", & he returned it. When I received it, it was nowa nearlyemptybbottle.
38. On 8/22/24 my toilet remained inoperableefor the entirety of my stay in cell A203 & I was forced to miss my law library appointment during my known & established Deadline.
39. Lowe k. came in the afternoon to be the hearings officer for charge rncc-2024-2477. I had/have a hand written copy of the lett letter in question sent to VADOC Richmond (because I was intending to send a copy to the Regional ombudsman also). In hearing all evidence requested was denied, including this letter. Lowe

stated that nothing from any other charge would be discussed in this hearing. When she finished reading the charge, she asked if I had a statement to make. I said yes, I then explained that I would be reading a copy of the letter in question as evidence & once I began, Lowe Refused to allow me to finish my statement or complete reading the letter. She ended the hearing abruptly after rudely interupting me repeatedly & I was not allowed to properly submit the evidence of their wrong doing to the record. She finished the hearing without me, in order to prevent the record showing the mail fraud taking place by her & other staff. Shortly after this I was packed up & sent back to population to a new pod & new cell mate, without my Identification card, or needed medical supplies.

40. On 8/23/24, Sgt. Mallory arrived to B3 at 8:00 am looking for me, in order to escort me to retreive my identification from A2 & thereafter he brought me to the law library. On the way he informed me that he couldn't give me extra time in the law library, even though my appointment was at 7:00 am. I was finally able to present my deadline documents to Ms.Hart & she informed me that I would be on the masterpass the following week Monday thru Wednesday at 7:00 am. That evening I received an Unauthorized Correspondence Notice from the RNCC mailroom, (returning a non-attorney, non-government officer, non-legal mail envelope sent from veteran Affairs, 9700 Page Ave., St. Louis, Missouri, which contained my veteran's benefits documents for my disbursement of Funds). Prima Facie mail fraud, & first amendment deprivations.

41. On 8/25/24, I was not on the masterpass list, which I was expecting & I was unable to complete my documents within my deadlines as previously requested. I game my certified mail return receipt & signed trust withdrawal Request with included hand written & typed documents to Sgt. Mallory that morning after the denial of access. (see record rncc-24-wri-2633 request to reserve video footage).

42. On 8/25/24, I expect the staff to deny me access to the Law library on 8/26/24, so I prepared to have hand written documents that I would mail out, Just in case. Sent using certified mail #7018 1830 0001 4196 7901 Return Receipt #9590 9402 5506 9294 5893 54.

43. On 8/27/24 my mother forwarded a response to email from the department of corrections sent to my mother. Email stated:

"Good morning,

I am in receipt of your email to director Chadwick Dotson regarding River North CC. Thank you for your email, we have looked into your concerns.

When inmates use sovereign citizen codes in place of postage, instead of stamps, the mailroom are sending that correspondence out & the post office is returning it to the institution rejecting it. When it returns the inmates receive a returned correspondence notice for insufficient postage. The letter clearly states that he has 7 days from the date given on the notice to provide proper postage before the correspondence & all enclosed contents will be shredded, This is per policy 803.1.

This is per policy. The mailroom staff nor the intel staff are holding any of inmates incoming or outgoing allowed correspondence.

All inmate Arroyo's charges are pending hearing. They were written because of the actions of inmate Arroyo. He may discuss his concerns at his hearing, as part of his due process.

Rose Durbin"

The VADOC has failed to effectively investigat this mail issue & retaliation clearly exhibited herein. They have not attempted to communicate with me at all to verify or identify where the evidence might be found, & I have not recieved any such notices as claimed above, because it would admit further fraud because of these envelopes having been metered. Prima Facie Mail fraud, collusion, Concealment of Records, Under color of Law.

43. On 8/27/24, I sent an email to my mom in response to the misdirection of the above email, Explaining the detals & record nos. evidenced herein. It was to be forwarded to VADOC staff.
44. As of 9/9/24, I have repeatedly requested to have my medical prescriptions & back brace returned, to no avail. I suffer from ongoing issues with hemroids, back & joint pain/arthritis, dermititis, migraines, Bipolar depression & mania, Post Traumatic stress disorder, anxiety, chronic fear & Paranoia (which is actually just fear of what is actually taking place) caused by staff retaliations & abuse.

45. On 9/9/24, I was prescheduled for the law library for the previous month, suddenly I was being scheduled for a hearing, a mental health appointment which was previously had about 4 weeks prior with Jennifer miller, in medical, all at the same time. When I didn't appear at the hearing, (which was already accepted for value, on the Charging instrument), the facility 10 minutes later, Called me for my mental health appointment. I am quite specifically being targeted for my law library time.

I, Amos-Jacob:Arroyo, Certify under penalty of perjury under the law of the United States of America, that the foregoing is true & correct.

Date: 9/13/24

By: Amos-Jacob: Arroyo

This contains only 7 pages not 8 pages.