Exhibit: Mail A1 #7
Pg.: 1/3 T.I. Pg. 1

A. J. Ar
329 Dell
Ind., VA 24348

VADOC NEITHER
CENSORED NOR INSPECTED
THIS ITEM AND ASSUMES NO
RESPONSIBILITY FOR ITS CONTENTS

US POSTAGE IMI PITNEY BOWES
ZIP 24348 $ 000.65⁰
02 4W
0000366848 APR 19 2024




(Attorney of Record
James City County Ct.)
1684 Skiffes BLVD.

Public Law 73-10
5 USC 369; Stat. 12
Ch. 71 sec. 23
37th Cong. sess. III
Non-Domestic

RECEIVED
APR 19 2024
RNCC Mailroom
Outgoing Legal Mail

Legal mail

Exhibit: Mail A1 #7 7.2 Pg. 1
Pg. 2 of 3

VIRGINIA
DEPARTMENT OF CORRECTIONS

Offender Trust System - Withdrawal Request 802_F9_5-19

# OFFENDER TRUST SYSTEM - WITHDRAWAL REQUEST

| | | | | | |
|---|---|---|---|---|---|
| Offender Name: | Amoz Jacob Amoyo | Number: | 1943912 | | |
| Offender Signature: | [signature] | Date: | 4/28/2024 | | |
| Withdrawal Amount: | $ 3¢ | Housing Unit: | B Bldg | Cell/ Bed: | 225-T |
| Written Amount: | And 5 /100 Dollars | | | | |
| Purpose Of Withdrawal: | ☒ Postage/Shipping ☐ Copies ☐ Id Card ☐ Birth Certificate ☐ "DMV Now" ☐ Money Order ☐ Other (Explain): | | | | |
| Reason For Money Order Or Other: | STANDARD Postal weight ½ oz. 3¢ in the mail. | | | | |
| Mail ~~Pay~~ To: | D. E. DAVIS, James City County Attorney of RECORD | | | | |
| Address: | 1684 Skiffes Blvd. | | | | |
| City/State/Zip: | Williamsburg, Virginia STATE [23185] | | | | |
| Relationship: | ☐ Vendor ☐ Family ☐ Friend ☒ Other (Explain): Legal | | | | |

There will be a fee deducted from your spend account for each money order. Money Orders are limited to $500. Withdrawals in excess of $500 may result in charges for multiple money orders.

RECEIVED
APR 29 2024
RNCC
WATCH OFFICE

Some types of withdrawals will not be processed if they take your spend account below minimum balances set for that type of withdrawal.

**Valid Only When Received Directly From Person Witnessing The Request**

**Do Not Write Below Line – For Office Use Only**

| | | | |
|---|---|---|---|
| Signature Witnessed By: | Lt Gi | | |
| Title: | Lt | Date: | 4/29/24 |
| ☐ Withdrawal Approved ☐ Disapproved (Reason): | | | |
| Signature: | A. Davis | | |
| Title: | Fiscal Tech | Date: | 4/30/24 |
| Date Paid: | | Money Order #: | |
| Posted By: | | | |

*Virginia Department of Corrections*

Exhibit: Mail A1

8/8/2024 1:23:16 PM

# Trust Monthly Statement

Pg. 3/3

#6

**Facility: River North Correctional Center FG**

**Fiscal Period: March 2024 - Closed 04/01/2024** **From: 3/1/2024 To: 4/1/2024**

Arroyo, Amos Jacob (1943912) River North Correctional Center [B-1-136-B]

| Beginning Payables: | SPEND (511) | HOLD (512) | SAVINGS (513) | COMMISSARY (514) | UNCLAIMED (515) | RESERVE (516) | COURT (519) | CHILD SUPPORT (520) |
|---|---|---|---|---|---|---|---|---|
| | 273.83 | 0.00 | 39.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| Beginning Receivables: | LOANS (211) | MEDCO LOANS (212) |
|---|---|---|
| | 0.00 | 0.00 |

| Post Date | Batch Number | Transaction Description | TC REF | Amount | Received From / Payee Name |
|---|---|---|---|---|---|
| 03/04/2024 | RNCC20240304DPB_I01 | DP - EDI Jpay | 19-511 | 100.00 + | VILLAFANA, SAADIA |
| 03/05/2024 | RNCC20240305WDA_D01 | Commissary #1 - Spend | 73-511 | 14.70 - | Keefe |
| 03/07/2024 | RNCC20240307WDA_D04 | Legal Mail Postage | 84-511 | 0.66 - | |
| 03/08/2024 | RNCC20240308DPB_I01 | DP - EDI Jpay | 19-511 | 50.00 + | DAVIS, DON |
| 03/08/2024 | RNCC20240308WDA_D01 | Spend to Reserve | 258-511 | 50.00 - | DAVIS, DON |
| 03/08/2024 | RNCC20240308WDA_D01 | Spend to Reserve | 258-516 | 50.00 + | DAVIS, DON |
| 03/08/2024 | RNCC20240308DPA_D04 | Hold Release Rejected | 901-516 | 50.00 - | DAVIS, DON |
| 03/11/2024 | RNCC20240311WDA_D09 | Legal Mail Postage | 84-511 | 0.65 - | |
| 03/11/2024 | RNCC20240311WDA_D09 | Legal Mail Postage | 84-511 | 0.65 - | |
| 03/11/2024 | RNCC20240311WDA_D09 | Legal Mail Postage | 84-511 | 0.65 - | |
| 03/18/2024 | RNCC20240318WDA_D04 | Legal Photocopies | 85-511 | 40.00 - | |
| 03/19/2024 | RNCC20240319WDA_D04 | Commissary #1 - Spend | 73-511 | 75.20 - | Keefe |
| 03/19/2024 | RNCC20240319WDA_D07 | Postage | 75-511 | 0.68 - | |
| 03/19/2024 | RNCC20240319WDA_D07 | Postage | 75-511 | 0.68 - | |
| 03/19/2024 | RNCC20240319WDA_D07 | Postage | 75-511 | 23.50 - | |
| 03/19/2024 | RNCC20240318WDB_I02 | JPay Media Purchase | 958-511 | 10.00 - | |
| 03/21/2024 | RNCC20240321WDA_D03 | Legal Mail Postage | 84-511 | 0.67 - | |
| 03/25/2024 | RNCC20240323DPB_I01 | DP - EDI Jpay | 19-511 | 20.00 + | STOWERS, THOMAS |
| 03/25/2024 | RNCC20240325WDA_D07 | Postage | 75-511 | 0.67 - | |
| 03/25/2024 | RNCC20240325WDA_D07 | Postage | 75-511 | 0.67 - | |
| 03/25/2024 | RNCC20240325WDA_D08 | Legal Mail Postage | 84-511 | 0.67 - | |
| 03/26/2024 | RNCC20240326WDA_D03 | Commissary #1 - Spend | 73-511 | 25.19 - | Keefe |
| 03/29/2024 | RNCC20240329WDA_D04 | Legal Mail Postage | 84-511 | 0.67 - | |

| Ending Payables: | SPEND (511) | HOLD (512) | SAVINGS (513) | COMMISSARY (514) | UNCLAIMED (515) | RESERVE (516) | COURT (519) | CHILD SUPPORT (520) |
|---|---|---|---|---|---|---|---|---|
| | 197.92 | 0.00 | 39.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| Ending Receivables: | LOANS (211) | MEDCO LOANS (212) |
|---|---|---|
| | 0.00 | 0.00 |



S19986

This document contains confidential information. Unauthorized dissemination may result in civil or criminal penalties.

Exhibit: Mail #2
Front & Back
Pg. 1/2

A.J. A. #1943912
329 Dell Brook Lane
Independence, Virginia [24348]

RETURNED FOR
[illegible]
NOTICE OR PASTE STAMPS OVER IT
46

Navajo Jewelry USA 2c

Legal

Attorney of Record
D. E. Davis
[illegible]
1684 Skiffes Blvd.
Williamsburg, Virginia [23185]

Legal

VIRGINIA
DEPARTMENT OF CORRECTIONS

**Returned Correspondence Notice** 803_F9_1-24

#6
Pg.3 F/B
b.L

# Returned Correspondence Notice

| Arroyo, Amos | 1943912 | 3-1-24 | C128 |
|---|---|---|---|
| Inmate or CCAP Probationer/Parolee Name | DOC Number | Date | Housing Unit |

Your correspondence sent to:

Name: Attorney of Record

Address: D.E Davis

was returned for the following reason(s):

- [✓] Insufficient postage Please submit $ .66 in postage to complete delivery.
- [ ] Incorrect or Incomplete Address
- [ ] Postmarked Return to Sender
- [ ] Undeliverable
- [ ] Other: ______

If the correspondence was returned due to insufficient postage, you have **7 DAYS** from the date given on this notice to provide proper postage to the mailroom. After **7 DAYS,** if the required postage has not been received by mailroom staff, the original correspondence and all enclosed contents will be shredded.

If the correspondence was returned due to incorrect or incomplete address, undeliverable, or returned to sender, you will have **7 DAYS** from the date given on this notice to provide the mailroom with a new envelope with an alternate address to send the correspondence and all enclosed items. The envelope must have the proper postage. After **7 DAYS,** if the envelope with required postage has not been received by mailroom staff, the original correspondence and all enclosed contents will be shredded.

Any required additional postage or envelopes must be sent promptly through the facility mail to the mailroom to allow time for the correspondence to be processed. Holidays and other special circumstances will be taken into consideration when meeting the deadline. No allowances will be made for postage and envelopes not placed in the mail until the seventh day and received after the deadline.

**Disposition of Correspondence and Contents:**

- [ ] Mailed Date Mailed: ______
- [ ] Destroyed Date Destroyed: ______

**RETAIN THIS DOCUMENT ON FILE FOR FIVE YEARS**

Virginia Department of Corrections

Exhibit: Mail A2 Pg. 2/2

8/8/2024 1:23:26 PM

#7

# Trust Monthly Statement

**Facility: River North Correctional Center FG**

**Fiscal Period: April 2024 - Closed 05/01/2024**

**From: 4/1/2024 To: 5/1/2024**

Arroyo, Amos Jacob (1943912)

River North Correctional Center [B-1-136-B]

| | SPEND (511) | HOLD (512) | SAVINGS (513) | COMMISSARY (514) | UNCLAIMED (515) | RESERVE (516) | COURT (519) | CHILD SUPPORT (520) |
|---|---|---|---|---|---|---|---|---|
| Beginning Payables: | 197.92 | 0.00 | 39.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| | LOANS (211) | MEDCO LOANS (212) |
|---|---|---|
| Beginning Receivables: | 0.00 | 0.00 |

| Post Date | Batch Number | Transaction Description | TC REF | Amount | | Received From / Payee Name |
|---|---|---|---|---|---|---|
| 04/02/2024 | RNCC20240402WDA_D15 | Copies | 89-511 | 2.00 | - | |
| 04/05/2024 | RNCC20240405WDA_D06 | Copies | 89-511 | 2.00 | - | |
| 04/18/2024 | RNCC20240418WDA_D17 | Postage | 75-511 | 0.66 | - | |
| 04/18/2024 | RNCC20240418WDA_D17 | Postage | 75-511 | 0.66 | - | |
| 04/18/2024 | RNCC20240418WDA_D17 | Postage | 75-511 | 0.67 | - | |
| 04/19/2024 | RNCC20240419WDA_D09 | Legal Mail Postage | 84-511 | 0.65 | - | |
| 04/23/2024 | RNCC20240423WDHRS06 | Postage | 75-511 | 0.67 | - | |
| 04/26/2024 | RNCC20240426MNSMD01 | JE - Copy Refund | Manual GL Entry | 2.00 | + | |
| 04/26/2024 | RNCC20240426WDA_D09 | Postage | 75-511 | 10.40 | - | |
| 04/26/2024 | RNCC20240426WDA_D09 | Postage | 75-511 | 0.68 | - | |
| 04/30/2024 | RNCC20240430WDA_D03 | Commissary #1 - Spend | 73-511 | 20.54 | - | Keefe |
| 04/30/2024 | RNCC20240430WDA_D04 | Postage | 75-511 | 9.16 | - | |

| | SPEND (511) | HOLD (512) | SAVINGS (513) | COMMISSARY (514) | UNCLAIMED (515) | RESERVE (516) | COURT (519) | CHILD SUPPORT (520) |
|---|---|---|---|---|---|---|---|---|
| Ending Payables: | 151.83 | 0.00 | 39.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| | LOANS (211) | MEDCO LOANS (212) |
|---|---|---|
| Ending Receivables: | 0.00 | 0.00 |



S19986

This document contains confidential information. Unauthorized dissemination may result in civil or criminal penalties.