IN THE UNITED STATE COURTHOUSE FOR THE EASTERN DISTRICT OF V
VIRGINIA

| | | |
|---|---|---|
| AMOS JACOB ARROYO<br>Amos-Jacob: Arroyo<br>Don Davis<br>Thomas Stowers<br>Saadia Villafana<br>PETITIONERS | ) | Case No. 2:22-cv-421, ~~478~~, ~~479~~ |
| | ) | AMENDMENT TO CIVIL ACTION |
| V. | ) | |
| COMMONWEALTH OF VIRGINIA<br>Jeff Vergakis<br>Unknown Respondents<br>sued in their individual<br>& official capacities<br>RESPONDENTS | ) | |

COMES NOW, Amos-Jacob: Arroyo, in propria persona, with attorneys to present the following civil rights complaints & claim copensatory, punitive, declaratory & injunctive relief as follows:

INTRODUCTION

1. This action places before the court a lawsuit involving the administration of the state of Virginia (including jail officers, court officers & Virginia Department of Corrections River North officers charged with the custody & control of approximately 1000 inmates) & the private practitioners contracting with the State of Virginia & its agencies to provide inmates with Medical Care & Transcripts of legal proceedings.

2. This complaint alleges the petitioner's trial court failed to offer the due process of law guaranteed in the United States Constitution which gives rise to a multitude of civil & private international right violations caused by a plethora of these sstate officers & contractors.

## I. Jurisdiction & Venue

3. Jurisdiction is correct pursuant to 28 usc 1331, 1343.
4. Injunctive relief is authorized under 28 usc 1651.
5. The Eastern District of Virginia is the appropriate venue pursuant to 28 usc 1391(b)(2), as it is the county where main events of this complaint occured.

## II. Parties

### A. PETITIONERS

6. AMOS JACOB ARROYO (trust) is the legal person in this Action, who has been convicted of financial obligations without lawful contract or lawfully certified claim, for whom has claim of "irreparable harm & physical, mental & emotional injury" hereon "harmed."

7. Amos-Jacob: Arroyo is the Lawful person & beneficial secured party (see NY SCC #202403078116548) who is held under (fraud & unlawful) suretyship for claimed obligations of the Debtor, he is harmed. He is housed at River North Correctional Center "rncc", 329 dellbrook lane, Independence, Virginia.

8. Saadia Villafana is the Attorney for the legal person & matron of the lawful person. She is harmed. Located at 39343 Warmsprings Drive, Palm Desert, California.

9. Thomas Stowers is the Attorney for the legal person & associate of the Lawful person & he is harmed. Located at 502 West Vega Street, Killeen, Texas.

10. Don Davis is the Attorney for the legal person & associate of the lawful person. He is harmed. Located at 1684 Siffes Blvd., Williamsburg, Virginia.

### B. RESPONDENTS

11. The COMMONWEALTH OF VIRGINIA is a legal person responsible for custodia maintenance of all seized property by its agents & oversight of all such goverment agents to ensure said property is lawfully held & processed in accord with owners rights.

12. Jeff Vergakis was superintendent of hampton roads Regional jail, responsible for the custody, care & control of hrrj inmates His residence is on record with Secretary of State of Virginia Kelly Gee or office holder.

13. The other officers & contractors involved here have names & locations which are currently unknown.

14. All Respondents are sued in their individual & their Official capacity.

## III. FACTS

15. Amos-Jacob: Arroyo was detained under legal person AMOS JACOB ARROYO name on or around 2/14/2018, & was held by the City of Newport News under Allegations of Financial obligation.

16. AMOS JACOB ARROYO was charged for financial obligations under case account # JA89649-00 in the City of Newport News (Article 1, Banking Court) Juvenile & Domestic Relations Court & the prosecutor Failed to Certify the charges on the record. (see Preliminary Hearing Transcript, Hearing audio record & Bailiff body camera audio record) Court Appointed attorney has a conflict of interest as trustee & failed to object to this failure, as required by law

17. AMOS JACOB ARROYO was indicted under account # CR18001526thru 1530-00; CR18001705thru1707-00, in Newport News (Article 1) circuit court using void instruments which failed to properly acquirethe required authority of subject matter jurisdiction (which can not be waived).

18. Petitioners adopt herein, all facts in submitted claims, aff-i9davits, memorandums & any other documents submitted to the following cases: 2:20-cv-80 & 81; 2:21-cv-313, 314, & 315; 2:22-cv-421, 478, 479, 505, 528; 7:24-cv-518.

19. Petitioners adopt herein, all facts in the included affidavits: facts supporting invoice, Witness Testimony #1, Negative Averment A, B & C & (typed) Witness Testimony.

## IV. CLAIMS

20. The actions of the legal person COMMONWEALTH OF VIRGINIA are by definition the official actions (whether on or off record) of its agents (which are defined as the sworn officers, staff & contractors acting on behalf of the oders of the legal person).

21. Respondents acted with deliberate indifference & wonton Neglect in their repeated errors & violations acting under color of state & federal law.

22. Respondents actions are in violation of the constitution, bill of rights & the session laws of Congress.

23. Respondents actions are in violation of one or more of the Following U.S. code in title 18, sections 201, 215, 241, 242, 401, 402, 656, 657, 872, 873, 876, 1001, 1002, 1005, 1006, 1007, 1014, 1032, 1201, 1202, 1341, 1344, 1511, 1621, 1622, 1063, 1964, 3571, 3623, & 3691.

24. The trial court erred in making mixed determinations of fact & law (review hearing audio record on 2/10/2020, CR18001526-00), failing to complete the scheduled faretta colloquy (review hearing audio record on 12/18/2019 CR18001526-00) & in ignoring my demand for lawful jurisdiction, A common law trial & responding (to objections to the continuance) unprofessionally & with undue prejudice by stating, "I dont care." Further, the trial court erred by ignoring meritorious motions submitted to these

effects more than 14 days prior to 2/10/2020 hearing & after Speedy Trial hearings, Including Motion to Correct (2/10/2020) Transcript & Motion to Reconsider (Speedy Trial Motion with an accurate transcript). This violated Petitioners' Constitutional right to a fair & speedy trial, to represent himself, to have assistance of counsel, & 1st amendment access to courts.

25. Respondents failed to establish subject matter jurisdiction, creating a void judgement, which violated petitioners pretrial detainee right to due process of law & post conviction to his right to be free of cruel & unusual punishment.

26. The Contracted Court Reporters erred in improperly transcribing hearing for circuit court case no(s). abovementioned, by commission of fraudulent erroneous oral evidence & omission of material oral evidence which would tend to prove the allegations herein, including petitioners absence in a critical & fundamental hearing on 9/2/2022 in which he was to begin representing himself & address the Motion to Correct Transcript & Reconsider, Having fired his attorney Mr. Golf 3 weeks previous. This violated petitioners right to not be retaliated against for exercise of 1st amendment rights. These actions also submitted fraud on the court, which have a continuous & direct effect on petitioners appeals with severe negative impact.

27. Hrrj staff erred in denying petitioner access to the phone for 3 years & 3 months & ignoring his mental health issues, which resulted in multiple suicide attempts. Further, they erred in depriving access to petitioner(s) right to communicate with associates, attorneys & support system as a pretrial detainee.

28. Hrrj medical staff erred in placing petitioner Amos-Jacob: Arroyo in a cell naked, forced to sleep on the floor for 6 months & on suicide punishment for 2 years, without lawful cause of action & the direct effect this had on depriving access to the courts & attorneys & associates.

29. River North Correctional Staff erred in depriving petitioners access to associations, attorneys & the courts & costing petitioner(s) substantial financial losses. Further, staff have retaliated & committed violations of the rights of all petitioners herein. These actions are a violation of the constitutional rights of these petitioners as described below.

30. Respondents have each caused petitioners irreparable harm & physical, emotional & mental injuries.

31. Respondents have repeatedly violated petitioners first amendment right to freedom of association, access to attorneys & the courts fundamental to redress of grievances with the government, & to not be retaliated against for the exercise thereof; Fourth amendment right to be free of unlawful searches & seizures; Fifith amendment right to due process of law & no private property being taken for public use without just compensation; Sixth amendment right to a fair & speedy trial, impartial jury, to be informed of the nature & cause of the accusation, compulsory process for obtaining witnesses in his favor, & to have the

the assistance of counsel; Eighth amendment right to be free of excessive fines, & not be inflicted cruel & unusual punishment; Ninth amendment right not to be construed that such rights deprivevyou of others retained; Eleventh Amendment right that the judicial powers of the U.S. (& its subcorporations, State of Virginia & its agencies) shall not extend to suits in equity commenced or prosecuted against subjects of any foreign state; Thirteenth amendment right to neither slavery nor servitude without LAWFULLY being convicted of a crime; Fourteenth Amendment right of due process of law;

32. Respondents violated petiontioner(s) right by misappropriating petitioners trust funds & denying him access to His financial & associated institutions for account management.

V. PRAYER

WHEREFORE, we pray this court order the following relief:

33. issuing declarator relief, that the acts & omissions of respdents have violated petitioner(s) rights, & stating the respondents' duties with respect to these rights.

34. Issuing injunctive relief, commanding the respondents to (1) cease & desist all retaliary, right deprivating, fraudulent, & destructive, interference of petitioners' lawful & legal processes to include but not limited to concealing or destroying or removing of any mail, Phone access, or access to law materials (at no charge to petitioner), (2) provide administrative phone for communication to petitioner attorneys to reestablish regular communication & ensure mail is being received (3) all legal copies & post be paid by institution from hereon insuring that no financial loss is passed on to petitioner(s) (4) Medications & prescriptions will be properly filled & delivered to petitioner.

35. Issuing an immediate Replevin Bond releasing petitioner Amos-Jacob: Arroyo from his incarceration pending the outcome of this civil action & any pending retrial.

36. issuing a order Reversing the void judgement of CR18001526 thru 1530-00; CR18001705thru1707-00 with prejudice.

37. Award Petitioner(s) compensatory damages for the unecessary deterioration of his physical & mental condition & consequential irreparable harm & injury in an amount as yet to be deduced but in no event an amount less than $1,000,000.00; &

38. Award the immediate recovery amount of $1000.00 for unnecessary misappropriation of trust funds.

39. Award punitive damages in an amount consistent with Haslip v. Pacific Mutual Ins. Co., 499 u.s. 1, of 200 times compensatory damages, for the unecessary first amendment deprivations & violations.

40. Award any other relief this court may deem just & proper.

41. Trial by jury is hereby demanded on all claims alleged herein & the parties are herby give notice pursuant to F.R.C.P. 38(a)-(c).

RESPECTFULLY SUBMITTED,

This 24 day of SEPTEMBER 2024.

by: Amos-Jacob:Arroyo (agent)
AMOS JACOB ARROYO # 1943912

VI. VERIFICATION

Pursuant to 28 USC 1746(1), I certify under penalty of perjury under the law of the United States of America that the foregoing is true & correct.

by: Amos-Jacob:Arroyo
agent

AMOS JACOB ARROYO #1943912