FROM: AMOS JACOB ARROYO [1943912]
loc: 329 Dellbrook Lane, Independence, Virginia 24348
Leg. Mail: LMDC, 3521,Woods,Way, State Farm, Virginia 23160

TO: Roanoke US Dist. Court, Western Region
210 Franklin Rd., Rm.540, Roanoke, Virginia 24011

In Re; SUBMISSION TO CASE NO. 2:22cv421/& 7:24cv518 EQUIVALENT EVIDENCE CONTAINING THE SAME EXHIBIT NUMBERS

DEAR CLERK OF COURT,

Enclosed please find a copy of submissions to both case numbers abovementioned. The included evidence exhibits encompassing more than 30 pages clearly marked with the exhibit numbers, are to be submitted to both case numbers above mentioned as evidence. The submitted evidence & cases involve different aspects of the law & are not intended to be conjoined.

Please Submit the enclosed to each case number as prescribed.

Further, Herein I respectfully adopt for case number 7:24cv518 the submitted Temporary restraining order & Preliminary injunction which was submitted to case number 2:22cv421. Please add this to the docket immediately, & upon the clear prima facie showing of Mail fraud, other fraud & retaliation, Please immediately grant this motion & order that the facility will no longer charge trust account 1943912 for any legal materials & copies & that the facility will pay all such costs from hereon for AMOS JACOB ARROYO & beneficiary.

Furthermore, Please Grant Informa Pauperis Status. We also adopt submission of Request to proceed in Forma Pauperis & Appointment of Counsel, & for facility to Cover all Material Costs which was submitted to case 2:22cv421 to also be reviewed in case no. 7:24cv518 & adopted for the same.

I previously mailed documents using meter mail to this court, but Have not received confirmation of receipt. Included is one of the submissions. You should find in the submitted evidence the Trust Monthly statements requested for informa pauperis.

Thank you for your attention & consideration in this matter.

With all due respect,

date: 9/23/24

by: Amos-Jacob: Arroyo