UCC Filing #: 2024030781165 48 — Case No: CR18001526 thru 1530-00; CR1800 1265 thru 1707 -00

# AFFIDAVIT OF FACTS SUPPORTING INVOICE

Amos-Jacob: Arroyo STATES:

Pg. 1/8
AFFST.

1. On or Around February 14th 2018 I was Arrested for A Charge which used A misnomer Ens legis (Government Created fiction AMOS JACOB ARROYO trust ©, (a fraudulent Contract Created without full Disclosure to The Principal Beneficiary or The Trustee/Grantors) By Detective Munoz.

2. I was Held unlawfully By The Sheriffs At The Newport News Jail & Threatened with injury inorder to obtain My finger prints, DNA, & Comply with unlawful violations of My Rights.

3. I Appeared Before The JDR Court for A Show Cause Hearing, where I met Shawn Overbey The Appointed Defense Attorney for The first Time. He Did Not inform me of The Process, intent or Nature & Cause of The Action Against This Ens Legis, Nor Did He Act As if He were Defending Himself. He Did Not Ensure That The Charges were Certified on The Record Nor Did The Common Wealth District &/or Asst. Dist. Attorney, Nor The Trial Court Judge Named or their Agents.

4. This is Fraud & A violation of All Agents Duty & The Law. Further, said Actions Are The Beginning of ineffective Assistance of Counsel. Also The Judge Made Themselves Trustee & Allowed The State to Claim priority interest fraudulently, Distributing funds They Had No Right to & evade The tax Liability involved, & failed to Do Their Duty As Agents under oath to The U.S. Constitution to Act As fiduciary to Adjust The Debt Account in Accord with Public Law 73-10.

5. I was Transferred to HRRJ shortly After Being unlawfully seized & Detained. My Mental Health ongoing issues were with The Community service Board in Newport News & Both Detaining Jails were informed By Me Both Verbally & in writing About My Long History with Bipolar & My New PTSD on Arrival.

6. Also upon Arrival At HRRJ I was unable to Establish & use Any inmate Phone Account & This was Not Corrected even Though I Requested such By staff/Securus/Global Tel Link via Kiosk System.

7. This was An ongoing Trespass which Caused Me to Be irreparably Harmed By Denial to Access To Counsel inorder To properly & effectively Resolve The errors of This case. in Addition To severely Harming My Mental & emotional state. During The Deprivation [illegible]

This Denial of Access to Counsel & Support System Continued on for 40 months, Despite Requests, Attempts at self Harm, & Active & clear intention to Protect & Represent Myself.

ereAfter I was Punished for The Corporation Agents, Actors & officers (HereAfter "Agents") Actions. Gregg Smith, April Green, Captain Backraff & Superintendent Jeff Vengakis Refused to stop This Punishment/Trespass & Repeatedly (Daily, weekly, Monthly) Made The Decision to continue to cause Reeparable Harm By Placing Me, Naked in isolation, without Any of the Trust Property which I was Trustee over. I was Denied Access to All Comforts & Humane Treatment, over 2 years time. During which I was Made to sleep on the freezing concrete floor, Denied Access to Recreation, Access to the inmate Phone System (Even Though other inmates in the same Circumstance were Allowed Access), I was Denied & Deprived food By Sgt. Jones (female) w/o legitimate Cause, & Assaulted By Lt. Ward, via pepper spray & Later By officer Jones (Male) Placing My Hands cuffed Behind my Back in A Restraints Chair without Cause (on Direct order of Lt. Kelly) cutting off Circulation to My Hands. (I Adopt The facts put forth in submitted U.S. Court Complaints filed under (Hereafter "All") filing No(s). 2:20cv 80 & 81, Herein).

I was Released from This Punishment After 2 years. Four Days Later after Being Put in Mental Health (severe) Population I was Assaulted By Mentally ill inmate while officers watched. This Happened multiple times. All filing No(s). 2:21cv313; 314; 315, Herein).

Repeatedly Requested To Have HRRJ Deliver to me Certified mail slips. Officer Taylor Mailroom Supervisor Repeatedly Denied These Requests, under fraudulent claim that Certified mail was not Available in the facility. This Irreparably Harmed me By Trespass on My Ability To correct errors of The Agents & Deliberately Causing me to Remain in This unlawful Detainment/incarceration.

Captain Murphy/Pinley H.O.S. ordered I Be Put in isolation for 16 Days stripped of My Property & was Denied A Blanket for five Days. As Punishment for Continuing ~~His~~ My Legal Action 2:21cv81 Against Lt. Kelly. This Caused Me further irreparable Harm & Torts, By Delaying My Access to legal Process.

I ~~Have Requested~~ HRRJ Never informed me of Any Removal from my Primary Medication Wellbutrin & I was shipped to Nottoway Receiving Center under falsified medical/mental Health Medication information was given Wellbutrin The Morning I left HRRJ) Claiming I Had Been ...

13. cont. 

Medical Mal Practice & Fraud, which I was forced to go without medication I took for years, causing me neurological damage. (memory loss, loss of focus, severe depression) in addition to the addition to the added paranoia previously caused by HRET & agents, trespasses. (call filing nos). 2:22 CV 421 &; 474; 499 &; ECK.

14. I appeared in court intending to relinquish the unknowingly forced (undue influence & no disclosure) incompetent status & represent myself in my proper person as Trustee of the Amos Jacob Arroyo Trust. (i.e. all file no. 2:22CV528 & (case no(s) 19001526 thru 1530-00, 19001705 thru 1707-00 [illegible]) (hereafter "case") filing motion to vacate) the trial court failed to fulfill his duty & oath to the U.S. Constitution & Judge Carey Mills committed treason by his actions on 2/10/2020 ("review hearing audio record, court room video recording, bailiff body camera audio & transcript for (hereafter "Rev") 2/10/2020). Denying me my right to act in my proper person as third party intervenor for the trust I hold priority interest in. Mills entered fraud on the court & fraud on the [illegible] by false statements, erroneous facts & law. Further, he made unqualified unjustified statements that prejudice me.

15. I was forced by Chris Vollin to choose between upholding my interest or retaining (clearly ineffective) counsel as he refused to do his due diligence; after I requested he & Josh Goff put forth & fully support my motion to dismiss. (case rev hearing dates between 9/1/21 & 4/7/22). The trial court used its legal learning to manipulate me in order to reinstate (using fraud & undue influence) the "incompetent status" willingly. Further Joshua Goff exhibited ineffective assistance of counsel along with his partner [illegible]. The trial court clearly ignored established law & court customs by denying the trial transcript prior to hearing & ignoring clear duress while being given an erroneous transcript record (mid hearing), clearly stated on record.

16. I submitted a motion to correct (the 2/10/2020) transcript & a motion for reconsideration (of the opinion & order, using bad law to uphold fraudulent processes) more than 3 months prior to trial hearing date (9/15/2022). Joshua Goff failed to do as directed in supporting my motions & failed to obtain the documents & evidence necessary to prove the charges were certified, bonded or my solvency.

17. I then fired Goff several weeks prior to a hearing scheduled for 9/2/22. Goff expressed that he would submit withdraw documents & I would be able to [illegible]

was Not Allowed to Be Present At The Hearing on 9/1/22 (Despite The [illegible]script Appearing in error That I was; & Court Communication on 9/15/22 [illegible] Added To 9/1/22 Transcript. (Case Rev on These Dates)

I was Brought Before The Trial Court for The First time without [illegible] Being Given A Hearing on Submitted [illegible] Petitions (Motion to [illegible] Transcript & Motion For Reconsideration) Submitted More Than [illegible] Days Prior to Trial Date. Goff Failed to Submit The withheld Documents. [illegible] was only Allowed to Address The Court Briefly & Denied my Right [illegible] Represent Myself. showing further ineffective Assistance of Counsel.

I was Removed From Court Mid Voir Dire & was Not Returned until After The Jury was Chosen. Further The Trial Court failed to obtain [illegible] Agreement. As it is Clearly Established on the Record That I was under Duress (Case Rev 9/15/22 Transcript Pages 10-48) by My statement [illegible] I Had No Choice (Due to The impression & Deceit of The Trial Court). [illegible] Court Failed Again to certify The Changes on The Record. Further [illegible] Failed to obtain The evidence & The Bonds Necessary to Act As [illegible] (His Duty) & Adjust the Account (ineffective Assistance of Counsel) [illegible] The Trial Court used The Fraud of undue influence & Duress Contract, voiding Any Agreement. At No Time was There Any intent to [illegible] (on My Part) with Tyneka Flythe & Again she Tried to use [illegible] legal [illegible] to create A Binding Contract Verbally, with me.

[illegible] 9/19/2022. The Trial Court failed to give Lawful Jury Instruction [illegible] effected The fundamental fairness & created one of many fundamental [illegible] in the Trial. Further Neither one of The Amicus Curiae [illegible] The Changing instruments were Certified on The Record Perpetuating Fraud on the Court & on the Contract.

On 12/2/2022 Tyneka Flythe Made Disparaging & unjustified Prejudicial [illegible] which were Unqualified & Beyond Her scope of office, Against [illegible] (Case Rev 12/2/2022).

Charles Haden Failed to Do As Directed to Correct The Erroneous [illegible] & Failed to give Me Copies Prior to Any Submission of Brief [illegible] issuing The Erroneous Transcripts After submitting the Brief. Multiple Notarized letters Identify This Preventative Measure. This is irreparable Harm & Severe ineffective Assistance of Counsel.

24. The Actions of All Amicus Curiae show A severe & knowing Conflict of interest Between the Attorney(s) & Myself. This is Also Found on the Contract & Court & irreparable Harm To Me.

25. Upon recieving The Trial Transcripts, I found That The following transcript ("TT") including The Preparer Name & Organization (As Documented on Transcripts) were Full of Errors of omission & Admission.

- TT 9/28/2018 (Show Cause Hearing), Mary H. Carraher, Biggs & Fleet, LTD;
- TT 2/10/2020 (Beretta Hearing), Victoria Deberry, of, Lewis & Deberry;
- TT 9/2/2022 Autumn L. Espinoza, Schneider & Associates;
- TT 9/15/22, Diane Poulin
- TT 12/2/22, Dana M. Allen-Knight

26. Upon Arrival To River North Correctional Center ("RNCC") I Asked for Help & was given A charge for my mental Health Conditions. Despite Repeatedly informing The Facility of my Suicide Attempts & my Need for Proper Medications, Requesting my Medical Records from HRRJ & A Need For Mental Health Therapeutic Programs To keep From Harming Myself further. I still Have Not Recieved my Medical Records From HRRJ, Nor Been Reinstated my Medications & Mental Health Has Never Checked on my Mental Status Prior to Charges Being given (which Have All Been Retaliatory False charges in violation of my Rights). I continue To Be Targeted Because of my Pursuit of This Remedy, & exercise of my Lawfully protected Private Rights & interests, ("Review VA CORIS Employer ID# VA 1943912, "(Hereafter "CORIS) file No(s), RNCC-2023 0279; 24; 1776; 2026; RNCC-2024-0142, & Written Complaint ("WC"): RNCC-23-WRI-00015; 119; 152; 157; 158; 242; RNCC-24-WRI-00090; 92; 96) in each case I was Denied Due process / Evidence By Hearings officer King & Sgt. West & was found Guilty & upheld at All levels. Costing Me time & money, materials, Preventing My Ability To Obtain some institutional "Job" & effecting My Mental stability. At Not Time Did Mental Health Consult even Though I Requested Such., it Took over 3 months To Be Seen By Anyone in The Mental Health Department.

27. Since My Arrival To RNCC I Have sent out More That 9 comprehensive letters Requesting Specific Legal materials From The Chesapeake Law Library, whom I Have Dealt with For Several Years Prior To RNCC. They (C.L.L.) Always Return your letter either with or without The Requested materials. Since Arriving To RNCC, I Have Not Recieved A single letter ...

Prious State & Federal Courts Have Been Answered At All (Supply-Recovery ... Process). Also None of My IRS Requests for Tax Forms Have Been Answered.

. I Have Repeatedly Been Denied My Requests for Possession of Certified Mail Slips inorder to Lawfully Track My Documents, Have effective Notary Process & Be Able to Record The Remedy Process. The Staff Has No Document Supported By The F.U.H. or VA DOC for This practice & Claim Policy Fraudulently in support of These unlawful Actions. This Causes Me Irreparable Harm & is A failure on The Part of The Facility, to obey The Laws. At All Prison levels, prisoners Are Allowed Certified Mail Slips, to be in their Possession, including level 5s. No where in O.P. 803.1 Does it state such a policy & This is An intentional Deprivation of Remedy, which violates Agents oath & duty to The U.S. Constitution & its Amendments. (Coris WC: RNCC-23-WRI-00537).

. The Facility Has Authorized The Practice & unwritten Policy & overcharges ... for stamps & Postage in violation of The operating Procedure 803.1(X)(A)(D). Mail room staff over charge for Certified mail Adding weight to each Envelope. White envelopes issued on commissary only Hold A maximum of 20 pages of documents, Amounting to No More Than 2 ounces. Certified mail ($3.50) Return Receipt ($2.80) white Envelope 10.4 cm x 24.1 (cm) should Never Cost more Than ...00. (Coris WC: RNCC-23-WRI-00611 & Review inmate Trust Account Transactions for Mail).

I Have used The U.S.P.S. Notice for sending Non-Domestic Mail in Accord with 1USC 2076(k) (As stated on The Postal Website) Also clearly established in the Return Correspondence Notices For Not Enough Postage in excess of The Amount Allowed Per 1/2 ounce. This Law was established By The 57th Congress & Remains in effect. The Facility has Repeatedly used These Return Notices Fraudulently inorder to Blackmail & Extort More Money out of Me, using An unlawful Threat To Harm Me, Due To The Agents failures. (Coris WC: RNCC-23-WRI-00536; RNCC-24-WRI-00413, & See Submitted Exhibits ______ if Available).

Have Repeatedly Been Denied My Requests for Certified Copies of my legal Mail log (incoming & outgoing). (Coris WC: RNCC-23-WRI-00243).
I was Denied Notary for more Than 3 months. Violating O.P. 866(V)(A)(2).

I Have unjustly Been Labeled A member of A NON-existant Gang in ORDER To effectuate These Violations of Due Process, My Private Rights & interest & The Law.

The Agents Actions Are Terrorism in Definition & clear intent to Deny entitled

35. Lt. J.F. Hagman Entered into My Forced Housing & took over 400 Pages of Law Documents (under guise of Policy, Acts in Collection with The U.S. Constitution & The U.S. Supreme Court opinion) which were Directly A part of My Religious & Are Priceless Irreplaceable Documents Valued At $500,000.^00 Per Page, In Addition to My Calendar Address Book Valued At $10,000,00.^00, Causing Me Irreparable Harm. (Coms WC: RNC-23-WA-00191; 152; 157; 158, 242; 657, & see Emergency Grievance: 167561; 167460). Because of false claims in A fraudulent charge I was Denied Access to The Law Library & Have Not Been Allowed Back For 4 months, Regardless of Repeated Requests, using Tactics such As scheduling Me During The Quarterly Two Week Lock-Down. (Coms WC: RNC-24-WA-000[illegible]

36. I Have Requested & Repeatedly Been Denied Request For legal materials of Any kind, Being Told I must Obtain These Materials From An outside Source. This causes Me ongoing irreparable Harm.

37. I Have Repeatedly Asked To Be Added To Classes, Especially Voter Specialties & Have Been waitlisted For 5 Months or so claimed.

38. The Facility Has Put Me in Danger & Fear For Harm To My Life, By Allowing Gangs To Control The Phones, (As Asked By Staff & said As much) Forcing Me To Fight For Access to The Phone or Accept The Retaliatory Treatment & Denial of Access to Materials For Remedy. I cannot Access Any Attorneys or Family in order To Attack My Conviction collaterally or Directly.

39. The Facility Has knowingly Put Me in Harms way As Retaliatory Treatment Being in or Placing Me in units Containing Persons who I Have previously Brought Criminal Charges Against.

40. Because of The Agents Actions I Am Now Dealing with more physical Mental & emotional injury. This is irreparable Harm.

41. Any Policy That is in opposition To The U.S. Constitution is Void & Any Action To Pursue Such A Policy is Treason. If I Am Not Party To The U.S. Constitution As stated By The several states Courts Have stipulated, Then Neither Do The States Have The Lawful Power Nor Right To imprison Me, & I Do Not Consent, Nor Have I ever knowingly, & with Contractual intentions Consented to Being, SEIZED, DETAINED, INCARCERATED, Nor Do I willingly Allow It, Nunc Pro Tunc. It is Then Done unlawfully, By Coercion, Concealment, Deceit, Threat & Force.

Pg 8/8
AAP S.L.

used is A common law lien Being Established Ab initio, nunc pro tunc. Collateral
cord owner: Amos-Jacob Arroyo, The Entry of the DEBTOR in the Commercial
gistry As A Transmitting utility & All other Property As follows:
Trustee/Secured Party on Behalf of the Trust/Estate; AMOS JACOB ARROYO
ust © in the Commercial Chamber under Necessity to secure the rights, title(s)
terest & Value Therefrom in & of The Root of title from inception, As well
All Property Held in Trust including But Not limited to DNA, CDNA, Cell lines,
tina scans, finger prints, & All Debentures, indentures, Accounts, & All the
ldes Represented By the Same Not limited to only Birth Registration Notice;
ertificate of Live Birth; Security Agreement Ab initio; Amendment(s);
ployer ID# VA1943912; Treasury Direct Acct.#: 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; Exemption#:
5721399; Pre-paid Account # B43259373; Posted Certified Account #: 01008198S;
cial Security Account: 055 721399; All Property is Accepted for Value &
empt from levy. Pursuant HJR-192 & UCC-1-104; 10-104; 3-419. & the
lders Therefrom Are Released to DEBTOR, To include All signatures,
Dorsements, facsimile, Copyright, printed, Typed or Photocopies of
cord owner's NAME & TITLE. "Record owner is not Grantor to Any others
count by Explicit Reservation, W/out Prejudice, UCC 1-207. TOTAL VALUE
INSTRUMENTS: $1,000,000.00. TOTAL VALUE OF COLLATERAL IN SECURITY
greement: $100,000,000,000.00

suant to 28 USC 1746 I Affirm & swear The Foregoing is true, correct
complete to The Best of My knowledge & Belief, under Penalty of
perjury.

[signature]

Agent

By: Amos-Jacob: Arroyo El