AFFIDAVIT OF NEGATIVE AVERMENT C 

I, Amos Jacob Arroyo, Depose & state as follows:

1. I reside in my body. My body is my property. I am an American State National. I have a security agreement between myself & the Commercial Legal Person AMOS JACOB ARROYO, see NY SCC filing #202403078116548. There is a HOLD HARMLESS AGREEMENT between us. These written documents are based on long standing verbal agreements established nunc pro tunc.
2. My property was seized by COMMONWEALTH OF VIRGINIA agents on or around 2/14/2018. This seizure was under war provisions codified pre & post National Bankruptcy Emergency (1933). This property was detained by the City of Newport News Jail & Custody was transferred to Hampton Roads Regional Jail "hrrj" around April of 2018.
3. Upon arrival to hrrj, they showed me that they had possession of AMOSJJACOB ARROYO's local Medical/Mental Health file containing Local Mental health hospital visits They were fully aware of previous suicide attempts.
Upon arrival I was not able to communicate using the inmate phone system. Despite requests to have this fixed it was not fixed for three & a half years. This deprivation of access to attorneys & associations directly caused me irreparable harm & injury, depriving me access to the my attorneys, the courts, my finances & my mental health support system.
4. Hrrj Staff directly caused depression (acute) & punished me for the resulting suicide attempts. They kept me naked in a cell for the duration of two years, during which, I was forced to sleep on the concrete through the winter for six months. I was not allowed to communicate with my attorneys via letter or phone. I was denied food & food was taken from me, & i was assaulted by officers without provocation. All while remaining on this status.
5. When I was finally put in Mental Health Population, on or around January 18, 2021, I was allowed to be assaulted by inmates while groups of security officers watched on multiple occasions. See Facts in US Dist. Ct. Case# 2:21-cv-313, 314, 315.
6. Because of the Abuses of the hrrj staff, I suffer from paranoia (caused by unnecessary mental & phyiscal stresses).
7. I was given my last welbutrin the morning of 1/11/2023, when I was transferred from hrrj custody to Nottoway Custody. Hrrj contracted WELLPATH medical records show that I was removed from welbutrin two weeks prior. This is a neurological medication & ending it so abruptly without notice or preparation for removal cause brain damage. It has had an effect on my memory.
8. I was moved to River North Correctional Center "rncc" on or around 2/25/2023. Four days later I informed Staff that I feared for my life & was given a charge for it. All the requested evidence (which would prove my innocence), was denied officially & this charge was upheld at the Virginia Department of Corrections level. This was the beginning of a precedent created by rncc staff, Fraud being business as usual!

9. I was given charges for the following:
Having permission from the floor officer to take a shower on our mandatory lockdown day; being possession of law documents; sending a law document to my attorney via email; having floor officer's permission to return cleaning supplies to closet while pod is locked down. These charges have been upheld by the VADOC disciplinary unit, despite all evidence being denied as irrelevant. These denials of Due Process of Law directly effect my ability to be Transferred laterally or to a lower level security facility.

10. Rncc mailroom staff have admitted to repeatedly destroying my outgoing mail & refuse to give me a computer printout of my incoming legal mail log. There are multiple legal documents which I have not received & this denial is prima facie evidence of knowing & intentional deprivations of my rights to my incoming mail. The staff admittedly are committing intentional & ongoing mail fraud.

11. The deliberate indifference & retaliatory conduct of the staff have caused severe paranoia & early stage dementia symptoms I am still being housed in Regular population as retaliatory treatment despite these serious mental health issues.

I, Amos-Jacob:Arroyo, Hereby certify under penalty of perjury under the law of the United States of America that the foregoing is true & correct.

DATED: 8/21/2024

By: Amos-Jacob: Arroyo
agent

Pg. 1/3
D/S/C/AFF.

VIRGINIA: IN THE CITY OF NEWPORT NEWS CIRCUIT COURT

COMMONWEALTH OF VIRGINIA V. AMOS JACOB ARROYO
Plaintiff Defendant

Amos-Jacob: Arroyo EL
UCC filing#: 2024030781165 48

Howard E. Gwynn, d.b.a. DISTRICT ATTORNEY
Michael Perkins, d.b.a. ASST. DIST. ATTORNEY

CASE NO.(s) CR18001526 THRU 1530-00; CR18001705 THRU 1707-00

# AFFIDAVIT OF NEGATIVE AVERMENT (A)

Amos-Jacob: Arroyo EL STATES:

1. The NEWPORT NEWS COURT(s) Have Accepted An Assumption That I, The Third Party intervenor, Am Allowed to be Held to Avoid fraudulent (For Lack of full Disclosure) Government Contract As surety for The Debtor AMOS ARROYO without providing Evidence of A Lawful contract, Causing & Allowing fraud To Vitiate The Hearing without ever Having Attained Jurisdiction.

2. The Actions of The Court & Their Agents Directly & indirectly Caused me, The Third Party intervenor, To Be unlawfully incarcerated, Maltreatment(s), isolated, Prevented from Communicating with My Support system & Deprived Access To Necessary Materials & Processes in order To Address & Correct These Actions.

3. Neither Michael Perkins, His Agents Nor Any other Newport News Prosecutor Have Ever formally READ The Sum Certain & Certify (signature of The Reader swearing first Hand knowledge) The Charges At Any point in Any Trial Hearing Before The Defendant or Myself As A Third Party intervenor possessing A statement of interest in the Defendant/Debtor.

4. These Court Agent(s) initiated isolation Processes which Directly & indirectly Caused me To Be unable to Lawfully Discharge The Debt Associated with The NewPort NEWS COURT CASES. As A Result of This of This failure my unlawful incarceration was Prolonged, During which I was Denied Access To The Jail inmate Phone System for over Three Years, Causing Me irreparable Harm & loss of Crucial Members of my Support System.

5. The Court Agents initiated issolation Processes which Directly Caused The mental injury That resulted in Deprivation of Access To To Advisors which Help me Make important Decisions & Cause me Physical Harm while incarcerated. Additionally I was Punished for The Results of The Court Agents Actions By Being striped NAKED & MADE To sleep on the Freezing Cold concrete for AT least 6 Months, & kept in isolation for 2 years. I was Denied Access to Any

Pg. 2/3
D/S/C/AFF

Counsel. I was Denied Access to outside communication, sunlight, Excercise & Human Contact. I was Assaulted By Agents without legitimate Cause. I was Allowed to Be Beaten Multiple Times (see U.S. District Court cases#s: 2:21CV313; 314; 315) By Mentally Ill inmates, while the staff stood By & watched in Groups of 4 or more. I Had my Property stolen By Agents including Legal Documents for The Purpose of Pursuing Remedies for The Court Agents Failures.

6. The Trial Court failed to provide A Viable Contract, By Causing Duress, Clearly stated on The Record & Then Attempting To Contract with Myself, The Third Party intervenor.

7. These Actions caused me to Be sent to A Surety Warehouse in Escrow Awaiting The owner (Me) to Pay for The Debt. I Am Being Denied Access To The Remedy & The Necessary Materials to Access & Create The Documents, Certify Them & Recieve & Send Them in The manner Necessary to Effect A Remedy. (See U.S. District Court Submissions using Certified Mail # 7019 0160 0000 3449 7171; Return Receipt # 9590 9402 5506 9249 5878 86; Submitted To Case Number(s): 2:22CV421; 478; 479).

8. The NewPort News District Attorney & His Agents Have failed to exhaust Administrative Remedies in All cases Before Any & All NewPort News Courts.

9. As A Result of The Agents Actions I Have BEEN (Seemingly intentionally) Placed in A Location & Deprived Access to My incoming mail & Have Repeatedly Had Agents Conceal/Destroy my outgoing Mail in order to stop Me Getting The Documents & Materials to obtain The Remedy. I Have Had 6 Years Forcibly removed From My Life. These Are Tortious Actions.

10. These Agents caused irreparable Harm Amounting to (Trezevant v. City of Tampa, 741 F.2d 336 (11th Cir. 1984) Damages of $25,000.00 for 23 minutes of unlawful seizure & incarceration. This Amounts To $75,000.00 An Hour, which Amounts to 3.9 Billion Dollars (in silver & Gold coin) for compensatory Damages. Haslip v. Pacific Mutual, 499 U.S. 1, Allows Punitive Damages to Amount To 200 times Compensatory Damages, (in silver & or Gold coin from The united states Mint).

11. The Prosecutor Has on Behalf of The state of Virginia, Claimed Priority To The inter Pleaded fund in each Amount (when in fact They are only entitled To The Remaining Amount After my Superior priority Claim).

12. The Trial Court on Behalf of The state of Virginia, Has taken what Belongs To Me without giving Any Consideration or Just compensation for what was Taken. This is A Trespass, A Tort.

13. The Question Must Be Asked, where is my check?

Pg. 3/3
D/S/C/Aff

Pursuant To 28 USC 1746, I Affirm That The foregoing is True, Correct & Complete, To The Best of My knowledge & Ability & Belief, under The Pains & Penalties of Perjury.

Amos-Jacob: Arroyo EL
Non-Assumpsit, Private

VIRGINIA: IN THE

Amos Jacob Arroyo
Petitioner

V. CASE NO.
TO Be Assigned By clerk

Biggs & Fleet, LTD. ET AL.,
Respondent(s)

AFFIDAVIT OF Negative AVERMENT (B)

I, Amos-Jacob: Arroyo Affirm & state:

1. On september 28, 2018, Biggs & Fleet, LTD., was contracted to record Preliminary Hearing Transcript, During which I witnessed Johnathan Yeaman Jr. spoke of His Location in the House & made statements That Based on Later statements Could Have Proven false. Those statements were Not Present in the Transcript. (Review JDR-[Hearing Audio Recording, Court Camera Video & Bailiff Body Camera Audio ("Rev.")] & See Transcript)

2. Around four (4) weeks Prior to The feb. 10, 2020 Hearing, I submitted Challenge TO The Jurisdiction, & Request for Common Law Trial. These Petitions were Not Responded to By The CommonWealth prior to The Hearing.

3. On feb. 10, 2020, Lewis & Deberry was Contracted to Record This Hearing Transcript, During which The CommonWealth DID not Respond to My Petition to Prove Jurisdiction. By Failing to Prove Jurisdiction (within The Lawful time for Notice) The Court Never Acquired Jurisdiction. Everything which Happened moving forward was unlawful Causing A fundamental fairness violation which establishes the Grounds to Prove No fair Trial Can Be found in this Court system.

4. The Trial Court made erroneous Determinations of Law & fact, Telling me Not to Send My Documents to The Court, when Asked The Jurisdiction of The Court, Judge Gary Mills said The US Constitution is Repugnant to The Virginia Constitution, & failed to Provide The Jurisdiction of The Court upon Request. further, when I Demanded A Common Law Trial, The Court INDIRECTLY ignored my Demand By stating, "I Dont Know what That is." When I Rebutted By Asking if The Court was making A Judicial Determination That I Dont Have A Right To A Common Law Trial, The Court

10. On September 2, 2022, Schneider & Associates was contracted to record This Hearing Transcript. I was not present at This Hearing. I Demanded That The Hampton Roads Regional Staff Housing me at That Time, Take me to Court on This Day (morning). They refused. I was Absent at arguably the most important & crucial Hearing of This Trial. This is a massive violation of my Rights, Effective Assistance of Counsel & further proof That There is no way for me to Have a Fair Trial in This System.

11. Autumn L. Espinoza Certified An Erroneous Transcript That was entirely an Error of Admission which Prejudiced me. This Transcript stood as Prima Facie Evidence That I was Present when in fact it is Fraudulent in its Entirety.

12. The Transcriptions on 9/2/22 were removed from The Hearing on 9/15/22 Prior to Voir Dire, which in Appearance in the Erroneous Transcripts Comply with The Virginia Supreme Court Rules of my Petitions/Motions Submitted more Than 10 Days Prior To Trial, when in fact The Court ignored My Properly Submitted Petitions in order to continue with a Trial for which The Court Had No Jurisdiction. I was not Allowed To Be Present. Amicus Curiae Joshua Goff was Aware of my intent to Act in my Proper Person, Having Been informed & fired By Me prior to The 9/2/22 Hearing. This is Prima Facie Evidence of intent to circumvent my intentions To Act in Proper Person Moving Forward. (CC Rev. & See Transcript).

13. On September 15, 2022, Diane Poulin was contracted to Record This Hearing Transcript. Mr. Goff did not Submit The withdraw Documents As promised. The first Time I was Allowed Before The Trial Court to Discuss Acting in my Proper Person & Present my Petitions for Correction & Reconsideration was on This Morning. The Trial Court was made Aware of my intentions Prior To This Hearing Because of my Notice To Amicus Curiae Mr. Goff. The Trial Court worked in unison with Mr. Goff to Deprive My Constitutionally Protected Private interests. Joshua Goff did not Effectively Cross examine The witnesses nor put on Any of The Evidence which was material & substantial for my Defense.

14. Diane Poulin Certified An Erroneous Transcript which omitted material Evidence of Court Misconduct, Prejudice, Gross Negligence which constitutes fraud. (CC Rev. & see Transcript).

Responded, "NO! NO! I Dont Know what That is. There is something wrong with your Brain. You Need An Evaluation." Unqualified statements. (Rev.)

5. The Trial Court ordered A Third Subsequent Evaluation sua sponte (Previously Having Had Two where I was found Competent), without Any Evidence To The Contrary of My Sanity (see Hearing 12/18/19, Rev. & see Transcript: showing That The Trial Court was Aware I was Being Denied Access To Legal materials & That Any statements Made was of An unlearned Layman Based on Very Limited information). The Trial Court Made unjustified unqualified statements Designed To Prejudice Me. Upon The Court ordered Evaluation Continuance, I said, "I Disagree Your Honor." After Arguing with The Judge & Shawn Overbey Subsided (Code of Ethics Violation), The Trial Court Responded To me, "I Dont Care." Nullifying further objections. I still objected Again. (Rev.)

6. The Court failed To Lawfully Toll The Time for its unlawful order, which was Directly objected To. The Continuance (Next Hearing was scheduled for six Month (180 Days) out, which on its own violated my Speedy Trial interests, in Addition To The 90 Days (see Hearing for indictments 11/18/2018, Rev. & see Transcript; Shawn Overbey expressed Clearly As stated in STA Violation Hearing , That Continuance was on the Commonwealth, Not on Joint Motion) Already Accrued By The Common wealth.

7. Victoria Delaney certified An erroneous Transcript That was full of Errors of Admission & omission. These Admissions Could only Be intentional, To make it Appear As Though I was not mentally Competent & these omissions Directly violate my Rights To The Evidence of Malfeasance. (see 2/10/2020 Rev. & see Transcript).

8. Around 4 months Prior To The 9/2/2022 Hearing I Petitioned The Trial Court To Correct (The erroneous Feb. 10, 2020) Transcript & A motion To Reconsider (The Court opinion for violation of my speedy Trial Rights) for Hearing Prior To Trial. No Hearing was Had.

9. Several weeks prior To The 9/2/2022 Hearing I met with Joshua Goff. I discussed My Petitions with Mr. Goff & explained That I would Be Acting in My Proper Person moving forward, & fired Him. I Did Not Give Him The valid Reasoning Because of His Prior failure To obtain Any Evidence in my favor which I Requested Repeatedly, To include Expert witness for PTSD, Evidence of Abuse over The Course of Years & Evidence of Child Abuse. He informed Me That He would Put forth The withdrawn information & I could Discuss The Details with The Trial Court in Hearing on September 2, 2022.

15. On December 2, 2022, DANA M. Allen-knight was Contracted to Record This Hearing Transcript. During This sentencing Hearing, The Trial Court Made unqualified statements saying That There is No way for This (my) family to Heal, unjustifiably & in violation of The Code of Ethics. My [illegible] legis Attorney failed to Submit Any of The Substantial evidence of Abuse, Mental Health issues, Past Community service, or Character & I was Prejudicially Given 3 life Sentences without The Trial Court even Having obtained Jurisdiction (cc Rev. & see Transcript).

Pursuant to 28 USC 1746, I swear under The Pains & Penalties of Perjury That the Foregoing is correct, True & Not Meant to Mislead.

Date:
9/24/24

Amos-Jacob: Arroyo, A.B.A., AMOS JACOB ARROYO
sui juris; Private; SPC
Holder in Due Course
Record & Tradename Owner