/

WITNESS TESTIMONY IN THE FORM OF AFFIDAVIT 

________________________________ States the following:

1. I arrived at river north "rncc" on or around February 25, 2023 Shortly thereafter, I was given a charge for informing the pod staff in unit 1 of D building (4 days after arriving) that i feared for my life. I was found guilty & it was upheld by VADOC, in Richmond, & all evidence was denied.
2. I have received multiple 200 series institutional charges & requested material evidence which would prove me innocent & in each case this evidence has been denied.
3. I sent out at least 12 letters to chesapeake law library, whom I've dealt with for years & recieved no response. I also sent off requests for materials (forms) to the richmond & norfolk US Dist. court & to Portsmouth & Newport News Circuit Courts with no response, to date.
4. I sent emails to my aunt who informed me in November that none of these emails sent over an 8 month period from my arrival to November 2023 had been delivered.
5. On or around 11/4/23 investigator Harman with the help of Lt. Whitt & Unit Manager Harley Colna, Removed over 400 pages of law documents from my assigned cell that were material to proving my innocence & overturning my conviction. Proper grievance procedures & operating Procedures were Not available at that time & the facility refused to record my regular grievances. They never returned my law documents.
6. My Attorney of Record Don Davis wrote me at least 3 letters a week. In November 2023 it appeared that he was no longer responding to my letters. He continued to write weekly & I began metering all my outgoing letters to him & I began marking them "legal" thereafter (which appears on my outgoing legal mail log at rncc as far back as March, 2024). This Record is prior to year 2024.
7. On March 8th, 2024 rncc returned deposited funds from attorney Mr. Davis, as retaliation for properly using & marking outgoing legal mail to Mr. Davis. The Letter was not properly recorded on my outgoing legal mail log.
8. I have repeatedly requested the computer generated print out of my legalmail log (incoming) to no avail. The staff repeatedly hand write the log as though there is something to hide. I have Have never recieved a single notice of electronic filing from the US district court for any of my submissions, identifying that none of these submissions have been forwarded to the Attorney General for a proper response.
9. Trust withdrawal signed by Lt. Coe on 4/29/2024 & photocopy of outgoing metered envelope marked "legal mail" with a meter date of May 1, 2024 was recorded in VACORIS but is not recorded on the outgoing legal mail log, sent to Mr. Davis.
10. Trust withdrawal signed by Sgt. Lallave on 5/13/2024 & photocopy of outgoing metered envelope marked "legal mail" with a meter date of May 14, 2024, was recorded on VACORIS but is not recorded on the outgoing legal mail log, sent to Mr. Davis.
11. As response to Mr. Davis failing to respond to my letters, I had my power of attorney send Mr. Davis a message, that I have written him regularly (at least 3 letters a month- metered) to find out if he was receiving them.

12. On 7/12/2024 I recieved a letter from Mr. Davis informing me that he was not receiving my legal mail letters.
13. On 7/15/2024 at 10:07 am Asst. Warden Joseph Bateman received emergency grievance #167791 which directly refers to these missing letters not arriving & it constituting mail fraud. (see rncc-24-wri-02226)
14. On 7/15/2024 at around 11:23 am, rncc post master Lt. R. Hickman responded to this emergency grievance that it was a nonemergency.
15. On 7/15/2024 at 1:00 pm investigator K. Lowe wrote charging instrument rncc-2024-2031 which claims the (metered) legal correspondence sent to verified attorney of record D. E. Davis, was returned for insufficient postage. It admits that she opened this envelope (not in my presence; this can only be done with the supervisors permission, in this case R. Hickman) & she insinuates that a request to my attorney Mr. Davis for legal financial forms & updating him on the facility legal mail procedures is somehow considered conspiracy & unauthorized use of legal mail. These are intimidation tactics.
16. (see rncc-24-wri-02317) Warden Younce read me an email sent to him from the mailroom. They admit to destroying multiple sent (metered) outgoing correspondence in addition to other mail. Their reasoning was due to the use of 1¢ stamps (as USPS jurisdiction) & failed to mention that the person identified was a verified attorney of record or that they metered the envelopes.
17. I was made to go from 9/15/2023 to 7/31/2024 without any weekly programming, despite repeatedly requesting this programing & a living wage.
Note: this violates Code of Virginia 53.1-32.1, VADOC operating procedures 841.1 & 841.2, which governs these actions.
18. I sent a letter requesting help to VADOC special investigation unit in another inmates name as safeguard for the ongoing mail fraud issues. It was sent bulk internal mail & it was stopped & I was given a charge in retaliation for mail fraud.
No Personal copies of these charges were Delivered to me for my records despite repeated written complaints recording this fact.
19. Facility staff at rncc continue to manufacture fraudulent charges & refuse due process of law in the hearings of those charges.
20. I fear for my life, my finances & my safety because of rncc staff deprivations, misappropriation of funds, intimidation & many other violations of State & Federal laws. I am being denied access to my financial associations to continue my legal & lawful redress of grievances with the Government.
21. The actions of these agents have caused me, irreparable harm & physical, mental & emotional injuries.

Under penalty of perjury under the laws of the United States of America, I certify that the foregoing is true & correct.

Dated: 8/11/2024