From: Amos-Jacob:Arroyo [DOC#1943912] inre: 2:22cv421
location: 329 Dellbrook Lane, Independence, VA 24348
Legal Mail: LMDC, 3521 Woods Way, State Farm, VA 23160

To: Clerk of Court, Newport News U.S. Dist. Court (E.D. VA)
2400 West Ave., Newport News, VA 23607

Dear Clerk of Court,

Enclosed please find an typed copy of the documents which were originally hand written due to errors of the River North Staff & denial of access during a deadline.

In support of these Motions also included are:

Exhibits 1a, 1b, 1e, 1f, 1g which consist of an legal mail log (outgoing) registering the last outgoing legal mail to Don Davis as 7/3/24 & a copy of that outgoing mail marked legal & metered, as well as another envelope as described in pg. 2 of motion to reconsider TRO & P.I. & a copy of the charging instrument which admits staff in mailroom did not properly submit these envelopes to the USPS mails. Also included is the emergency grievance which triggered this staff retaliation.

It should also be noted that the following institutional charges have been added as part of the retaliation in order to increase my security level for staff failures & unlawful conduct:

rncc-2024-2471; rncc-2024-2477;

with more to come.

Thank you for your attention in this matter.

With all due Respect,

by: Amos-Jacob:Arroyo

date:8/27/24

VIRGINIA
DEPARTMENT OF CORRECTIONS

**Written Complaint** 866_F3_4-24

# Written Complaint

Exhibit: 1d

RECEIVED RNCC
GRIEVANCE DEPT

**Instructions for filing:**

- You should first use the verbal complaint process and discuss your issue with staff before submitting this *Written Complaint.*
- You must explain your issue in the space provided below, preferably in ink.
- Your *Written Complaint* must be accurate and complete.
- Your *Written Complaint* must be received within 15 days of the date of the original incident or discovery of the incident.
- You are limited to only one issue per *Written Complaint.*
- If you do not receive a response within 15 days, you may file a *Regular Grievance.*
- You are not required to submit a *Written Complaint* for alleged incidents of sexual abuse and sexual harassment or when the informal complaint process is satisfied by other documentation.

Inmate Name: Amos-Jacob: Arnold   Inmate Number: 1143912   Housing Assignment: B1 36B

Individuals Involved in Incident: Warden Younce   Date/ Time of Incident: 7/26/2024 / 8:15 AM - 9:15 AM

**TO:** Warden Younce

**(You must address your issue to institutional staff or an institutional department)**

**In the space provided explain your issue (be specific):**

To Day Warden Younce Recieved written Evidence in opposition to a read Email from Mailroom staff admitting to Destroying my outgoing metered ~~[illegible]~~ legal Mail under claims that Attorney of Record (see outgoing legal mail log) D.E. Davis Does not Qualify as legal mail and of insufficient Postage, Due to Sovereign Citizen Activity (in error). Please Reserve All The Gym Footage on 7/26/24 From 8:15AM - 9:15AM. For Pending Litigation.

Inmate Signature: [signature]   Date: 7/26/2024

**Inmates - Do Not Write Below This Line**

**Date Received:** 7/30 8/1   **Response Due:** 8/13   **Log Number:** RNCC-24-WRI-02317

**Assigned to:** Intel

**Action Taken/Response:**

Requested footage saved.

Respondent Signature: [signature]   Printed Name and Title: H K Hickman, Investigator   Date: 08/06/24

**Withdrawal of Complaint:**

I wish to voluntarily withdraw this complaint. I understand that by withdrawing this written complaint there will be no further action on this issue and I will not receive a response to this complaint. I understand that I may resubmit this same issue once on a new *Written Complaint* if the original 15-day time limit has not expired.

**Inmate Signature:** ______________________ **Date:** ________

**Staff Witness:** ______________________ **Date:** ________

VIRGINIA
DEPARTMENT OF CORRECTIONS

Exhibit 1 m #7 7.2 Pg. 1

Offender Trust System - Withdrawal Request 802_F9_5-19

# OFFENDER TRUST SYSTEM - WITHDRAWAL REQUEST

| | | | | | |
|---|---|---|---|---|---|
| Offender Name: | Amaza Jacob Amaya | | Number: | 1943912 | |
| Offender Signature: | [signature] | | Date: | 4/28/2024 | |
| Withdrawal Amount: | $ 5¢ | Housing Unit: | B Bldg | Cell/ Bed: | 225-T |
| Written Amount: | And 5 /100 Dollars | | | | |
| Purpose Of Withdrawal: | ☒ Postage/Shipping ☐ Copies ☐ Id Card ☐ Birth Certificate ☐ "DMV Now" ☐ Money Order ☐ Other (Explain): | | | | |
| Reason For Money Order Or Other: | STANDARD POSTAL weight ½ oz. 5¢ in the mail. | | | | |
| Mail Pay To: | D. E. DAVIS; James City County Attorney of RECORD | | | | |
| Address: | 1684 Skiffes BLVD. | | | | |
| City/State/Zip: | Williamsburg, Virginia STATE. [23185] | | | | |
| Relationship: | ☐ Vendor ☐ Family ☐ Friend ☒ Other (Explain): Legal | | | | |

There will be a fee deducted from your spend account for each money order. Money Orders are limited to $500. Withdrawals in excess of $500 may result in charges for multiple money orders.

Some types of withdrawals will not be processed if they take your spend account below minimum balances set for that type of withdrawal.

RECEIVED APR 29 2024 RNCC WATCH OFFICE

**Valid Only When Received Directly From Person Witnessing The Request**

**Do Not Write Below Line – For Office Use Only**

| | | | |
|---|---|---|---|
| Signature Witnessed By: | [signature] | | |
| Title: | LT | Date: | 4/29/24 |
| ☐ Withdrawal Approved | | | |
| ☐ Disapproved (Reason): | | | |
| Signature: | A. Davis | | |
| Title: | Fiscal Tech | Date: | 4/30/24 |
| Date Paid: | | Money Order #: | |
| Posted By: | | | |

Exhibit 1a

VIRGINIA
DEPARTMENT OF CORRECTIONS

RECEIVED RNCC
JUL 2 2 2024
GRIEVANCE DEPT

**Emergency Grievance** 866_F4_9-20

## Emergency Grievance

Log # 167791

The emergency grievance process provides a method for offender reporting and expedited staff responses to situations or conditions that may subject the offender to an immediate risk of serious personal injury or irreparable harm to include alleged sexual abuse or sexual harassment and/or allegations that an offender is subject to a substantial risk of imminent sexual abuse.

By: Arroyo, Amos-Jacob [1943912 RKC unit B shelf 13/6B]
Offender Last Name, First, Number, Facility, Building-Cell/Bed

## Part A - Offender Claim

**In the space provided explain your emergency (be specific):** I Recieved word from my Attorney Don Davis That Has Not Been Recieving Any of my legal mail letters. I Have written A minimum of 3 A month. Your staff Have changed The Above Trust. For postage Refused To send This mail which is Mail Fraud. There is No contract for Amos-Jacob: Arroyo & you Are in Breach of your contr

7/13/2024; 9:30 pm
Date/Time

[signature] [1943912]
Offender Signature and Number

## PART B - Staff Response

**(The below section is to be completed by designated staff. The response must be returned to the offender within eight-hours or sooner, when necessary to protect the offender from serious personal injury or irreparable harm)**

☐ **(PREA)** Your grievance regarding an alleged incident of sexual abuse or sexual harassment was referred for investigation. The Facility Unit Head and PREA Compliance Manager have been notified.

☐ **(Emergency)** Your grievance has been determined to be an emergency and the following action has been taken:
☐ Sent to Hospital: Date/Time Transported ____ / ____ ☐ Other (Provide detailed explanation below)

☒ **(Non-emergency)** Your grievance does not meet the definition of an emergency, because the information provided does not indicate that you are subject to an immediate risk of serious personal injury or irreparable harm. You should address your issue as follows:

☐ Submit Written Complaint
☐ Submit Sick Call Request
☐ Submit Request to Dental
☐ Evaluated by Medical: Date Seen
☒ Send an Offender Request To: Mailroom
☐ Other (Provide detailed explanation below)

07/15/24 11:20am
Date/Time

[signature]
Respondent Signature

[signature]
Name/Title Printed

Exhibit: 1b Pg. 1/3 Coupon

Date: 7/16/2024 Accepted for Value for Pol 1-308 192 of the exemption previously $100,000.00 charge to Amos Jacob Arroyo Exemption: 0552213...

Virginia Department of Corrections

# Disciplinary Offense Report

Report generated by King, K P
Report run on 07/16/2024 at 02:43 PM

Case Number: RNCC-2024-2031 Offender Name: Arroyo, Amos J DOC # 1943912 Housing: B1-136B

Facility: River North Correctional Center Reference:

Offense Code: 228/298A Offense Title: Conspiracy/Unauthorized use/abuse of mail/telephone/any other communication

Offense Date: 07/15/2024 Approximate Time: 1:00 PM Location:

**DESCRIPTION OF THE OFFENSE**

Provide a summary of the details of the offense (i.e.: who, what, when, where, and how; any unusual behavior, any physical evidence and its disposition, and a immediate action taken – including use of force, etc.)

On July 15th, 2024, at approximately 1:00pm returned mail written by Inmate A. Arroyo #1943912 was received by Intel due to not enough postage. The letter was addressed to D. E. Davis 1684 Skiffes Rd. Williamsburg, VA State[23185]

Upon review of the letter. Inmate Arroyo written the following. "Currently I cannot get a 1099A from the facility because it allows us to properly discharge our court cost lawfully. That should tell you all or about the system. Oh FYI you are my attorney of record(because you filed the P.O.A in a court of record) can you please, please, please, with a cherry on tip, send me the IRS 1099A page (copy A) 20 copies of this so ... <Con't>

[X] Investigation Date Completed: Acceptance for Value

[X] DESCRIPTION CONTINUED ON ATTACHED PA

Witnesses:

Reporting Officer: Lowe, K
Title: Correctional Officer
Date: 07/16/2024 Time: 10:35 AM

Officer-In-Charge: King, K P Title: Captain

OIC Signature: [signature] Date: 07/16/2024 Time: 2:42 PM

**ADVISEMENT OF RIGHTS**

By signing below, you indicate your preference regarding the rights indicated. Failure to respond, or indicate a preference, constitutes a **WAIVER** of the first thi rights. The following forms are available to the offender **UPON REQUEST** in each housing unit: *Witness Request Form, Documentary Evidence Request Form,* and the *Reporting Officer Response Form.* The offender must submit these request forms to the Hearings Officer within **48-HOURS** of the charge being served

| | | | |
|---|---|---|---|
| DO YOU REQUEST A STAFF OR OFFENDER ADVISOR TO ASSIST YOU AT THE HEARING? | ☐ Yes | ☐ No | ☐ REFUSED TO RESPOND |
| DO YOU WISH TO REQUEST WITNESSES? | ☐ Yes | ☐ No | ☐ REFUSED TO RESPOND |
| DO YOU WISH TO REQUEST DOCUMENTARY EVIDENCE? | ☐ Yes | ☐ No | ☐ REFUSED TO RESPOND |
| DO YOU WISH TO WAIVE YOUR RIGHT TO 24-HOUR PREPARATION TIME PRIOR TO THE HEARING? | ☐ Yes | ☐ No | ☐ REFUSED TO RESPOND |
| DO YOU WISH TO APPEAR AT THE DISCIPLINARY HEARING? Refusal to appear is an admission of guilt, a waiver of witnesses and the right to a disciplinary hearing. | ☐ Yes | ☐ No | ☐ REFUSED TO RESPOND |

YOU HAVE THE RIGHT TO QUESTION REPORTING OFFICER (In person for Category I Offenses; by submitting a Reporting Officer Response Form for Category II Offenses)

YOU HAVE THE RIGHT TO ENTER INTO A PENALTY OFFER.

YOU MAY REMAIN SILENT. Silence does NOT constitute an admission of guilt.

System issue yet updated per. to complete process

THE CHARGE MAY BE VACATED AND RE-SERVED AS A DIFFERENT OFFENSE, WHICH CAN BE A HIGHER, EQUIVALENT OR LESSER OFFENSE CODE.

YOU MAY BE FOUND GUILTY OF A LESSER-INCLUDED OFFENSE CODE, IN ACCORDANCE WITH OPERATING PROCEDURE 861.1

**You have been informed of the charges against you, and advised of your rights at the Disciplinary Hearing.**

Served and Witnessed By: Sgt Jones Offender's Signature: By: Amos-Jacob: w/o prej.

Print Name: Sgt Jones Print Name: By: Amos-Jacob: Arroyo w/o prej.

Date of Service: 7-16-24 Approximate Time: 3:00p

**IF OFFENDER REFUSES TO SIGN, SERVING OFFICER WILL CERTIFY REFUSAL:**

**ADVISOR AT SERVICE OF DOR:** **FORMS PROVIDED AT SERVICE (IF REQUESTED):** ☐ Yes ☐ No

Date of Hearing: 08/06/2024 Revised Date: Revised Date: Revised Date:

Get Copy of Mail Procedures

J. Arroyo [#1943912]
29 Dell Brook Lane
D., VA state [24348

D
NO
CONTENTS

US POSTAGE PITNEY BOWES
CORRECTION
ZIP 24348 $ 000.65⁰
02 7W
0008034083 JUL. 03. 2024

USA
Silver Coffeepot

3 ¢
Session Law
12 Stat 701 @ Large
Ch. 71 sec. 23
NON DOMESTIC

Dr. Davis (James City County att. of record)
1684 Skiffes BLVD.
Williamsburg, VA state [23185]

All damages subject to
$1000 per - Cent Charges +
Punitive Dam.

RECEIVED
JUL 03 2024
RNCC [illegible]
Outgoing Legal Mail

legal Mail

- clearly marked Legal mail
- cut in false stamp
- clearly marked outgoing legal mail log.
- K. Low wrote charge RNCC-2024-~~2031~~ 2031
Claiming This letter Returned for insufficient
Postage.

Exhibit 1e

VIRGINIA
DEPARTMENT OF CORRECTIONS

**Facility Request** 801_F3_2-22

## Facility Request

Exhibit, 1F 1/7

Please print your name, DOC number, housing assignment and a brief summary of your request in the space provided below and place this form in appropriate facility mailbox for delivery through the facility mail. Staff may return your request unanswered or reroute your request to the appropriate department or individual if you submitted your request to the wrong department or individual or if you sent duplicate requests to the same or multiple departments or individuals.

Name: By: Amos-Jacob: Arroyo DOC Number: 1943912

Housing Unit: IB 136 B Date: 7/28/2024

To: ____________ Staff Member Name or Mailroom Department

Request For: ☐ Appointment ☐ Information ☒ Services Other: ____________

Summary (Please Print): Please send me a copy of my legal mail log outgoing from June 1, 2024 to July 18th 2024. Thank you.

**Do not attach additional pages and do not write below this line**

### Facility Response

Request sent to correct department ☐ Yes ☐ No Date ____________

Request was rerouted to: ____________

Inmate seen ☐ Yes ☐ No

Response: ____________

Staff Respondent Name Date of Response

Exhibit 1P
2/7
Point #2 Brick

| | | |
|---|---|---|
| Arroyo, Amos Jacob | 1943912 | Charles Haden, Fiduciary, Trustee, Attorney<br>1 E. Queens Way<br>Hampton, Va 23669 |
| Arroyo, A.J. | 1943912 | D.e. Davis James City County Att.of Record<br>1684 Skiffles Blvd.<br>Williamsburg, Va 23185 |

July 11, 2024

| | | |
|---|---|---|
| Arroyo, A.J. | 1943912 | Josh Goff<br>732 Thimble Shoals Blvd. Ste. 903<br>Newport News, Va 23606 |

Ex 1P
Pg. 2/2
Back/Front

June 3, 2024

| | | |
|---|---|---|
| Arroyo, Amos | 1943912 | Megan O'Brien Asst. Attorney General 202 N 9th St Richmond VA 23219 |

June 13, 2024

| | | |
|---|---|---|
| Arroyo, Amos | 1943912 | Clerk of the Court John Vollino VA Court of Appeals 109 N Eighth St. Richmond VA 23219 |

June 20, 2024

| | | |
|---|---|---|
| Arroyo, Amos | 1943912 | Commonewealth Attorney Office Howard Guwynn Dustrict Attorney Michael Perkins Asst. District Attonrney 2501 Washington Ave 6th floor Newport News VA 23607 |
| Arroyo, Amos | 1943912 | Director Attorney Kyle Stephens or Office Holder c/o Virginia State Bar 1111 E Main St Ste 700 Richmond VA 23219 |
| Arroyo, Amos | 1943912 | Virginia Attorney General Jason S Miyares 202 North 9th ST. Richmond VA 23219 |

June 26, 2024

| | | |
|---|---|---|
| Arroyo, Amos | 1943912 | Angela F Renson<br>Clerk of Court Newport News Circuit Court<br>2500 Washington Avenue<br>New Port News, Va 23607 |
| Arroyo, Amos | 1943912 | Ann H. Howard Clerk of Court<br>Radford City Circuit Court<br>619 Second St. Ste 149<br>Radford, Va 24141 |

July 3, 2024

VIRGINIA
DEPARTMENT OF CORRECTIONS

Facility Request 801_F3_2-2

# Facility Request

Please print your name, DOC number, housing assignment and a brief summary of your request in the space provided below and place this form in appropriate facility mailbox for delivery through the facility mail. Staff may return your request unanswered or reroute your request to the appropriate department or individual if you submitted your request to the wrong department or individual or if you sent duplicate requests to the same or multiple departments or individuals.

Name: By: Amos-Jacob: Arroyo DOC Number: 1943912

Housing Unit [B136B] Date: 6/22/2024

To: ______ or MAIL ROOM
Staff Member Name Department

Request For: ☐ Appointment ☐ Information ☐ Services Other: ______

Summary (Please Print): Please Send Me A certified Copy of My incoming legal mail & A certified Copy of my outgoing legal mail Each for The Periods of October 2023 To The Current Date. Thank you.

Please Also clearly Print your Name for Response & Identification

**Do not attach additional pages and do not write below this line**

## Facility Response

Request sent to correct department ☑ Yes ☐ No Date 6-24-24

Request was rerouted to: ______

Inmate seen ☐ Yes ☐ No

Response: I certify this is all the legal we have.

[signature]

Staff Respondent Name Date of Response

All Outgoing

| | | | | |
|---|---|---|---|---|
| Arroyo, Amos | 1943912 | Clerk of Court<br>Court of Appeals<br>109 North 8th St.<br>Richmond VA 23219 | .63m | 3/6/23 DY |
| Arroyo, Amos | 1943912 | U.S Dist.Ct<br>Clerk of Court<br>701 E.Broad St. STE. 3000<br>Richmond VA 23219 | .63m | 3/6/23 DY |
| Arroyo, Amos | 1943912 | Mark Herring Attorney Gen U.S.<br>202 North Ninth St. Richmond VA 23219 | .63m | 3/16/23 |
| Arroyo, Amos | 1943912 | Ferdinand Galindo Clerk of Court Norfolk District Court c/o Richmond U.S District Court 701 E Broad St. Ste 3000 Richmond VA 23219 | .63m | 3/16/23 |
| Arroyo, Amos | 1943912 | Saadia Villafarma<br>39343 Warm Springs Dr.<br>Palm Desert CA 92260 | 10.20 | 3/21/23 D |
| Arroyo, Amos | 1943912 | Fernando Galindo<br>U.S. District Ct. Eastern District of VA<br>600 Cranby St.<br>Norfolk Va 23510 | .63s | 5/25/23 DY |
| Arroyo, Amos | 1943912 | Angela F. Reason Newport News Circuit Court 2500 Washington Ave. Newport News VA 23607 | .63s | 5/25/23 DY |
| Arroyo, Amos | 1943912 | Charles Haden<br>1 W Queens Way<br>Hampton VA 23669 | .63s | 5/25/23 DY |
| Arroyo, Amos | 1943912 | Joshua Goff<br>732 Thimble Shoals Blvd Ste 903<br>Newport News VA 23606 | .63s | 6/2/23 DY |

| | | | | |
|---|---|---|---|---|
| 'oyo, Amos | 1943912 | Mark Herring<br>202 N. Ninth St.<br>Richmond VA 23219 | .63s | 6/2/23 DY |
| ›yo, Amos | 1943912 | John Vollino<br>VA Ct. of Appeals<br>109 N. Eighth St<br>Richmond VA 23219 | .63s | 6/2/23 DY |
| 'o, Amos | 1943912 | VA State Bar<br>1111 East Main Street Suite 700<br>Richmond, VA 23219 | 1.98m | 6/16/23 RE |
| ', Amos | 1943912 | Angela Reason, Clerk of Court<br>2500 Washington Ave.<br>Newport News, VA 23607 | .84m | 6/16/23 RE |

9/15/23

| | | |
|---|---|---|
| Arroyo, Amos | 1943912 | Michael Tiefenback<br>Trust Buiders Law<br>914 Denbigh Blvd.<br>Yorktown, VA 23692 |

11/27/23

| | | |
|---|---|---|
| Arroyo, Amos | 1943912 | John Vollino, Clerk of Court Norfolk VA U.S District Court 600 Granby St Norfolk VA 23510 |

121/14/23

| | | |
|---|---|---|
| Arroyo, Amos | 1943912 | Angela Reason, Clerk of Court<br>Newport News Circuit Court<br>2500 Washington Ave.<br>Newport News, VA 23607 |

1/19/2024

| | | |
|---|---|---|
| Arroyo, Amos | 1943912 | Shawn Overby c/o Law Firm 11832 Rocklanding Dr. Ste 209 Newort News VA 23606 |

1/22/2024

| | | |
|---|---|---|
| Arroyo, Amos | 1943912 | Charles Haden<br>1 East Queens Way. Hampton, VA 23669 |
| Arroyo, Amos | 1943912 | M. Johnson Attorney<br>298 Cedar Road. Chesapeake, VA 23322 |

2/9/2024

| | | |
|---|---|---|
| Arroyo, Amos | 1943912 | Portsmouth Circuit Court<br>1345 Court Street Suite 203<br>Portsmouth, VA 23704 |
| Arroyo, Amos | 1943912 | Fernando Galindo<br>600 Granby Street<br>Norfolk, VA 23510 |

2/22/2024

| | | |
|---|---|---|
| Arroyo, Amos | 1943912 | Angela Reason, Clerk of Court<br>2500 Washington Ave.<br>Newport News, VA 23607 |

3/7/2024

| | | |
|---|---|---|
| Arroyo, Amos | 1943912 | Clerk of Court, Radford Circuit Court<br>619 2nd Street<br>Radford, VA 24141 |

3/11/2024

| | | |
|---|---|---|
| Arroyo, Amos | 1943912 | Charles Haden<br>1 East Queens Way. Hampton, VA 23869 |
| Arroyo, Amos | 1943912 | Norman Thomas<br>1015 East Main St. Richmond, VA 23219 |
| Arroyo, Amos | 1943912 | Jeremiah Denton<br>397 Little Creek Rd. VA Beach, VA 23452 |

3/21/2024

| | | |
|---|---|---|
| Arroyo, Amos | 1943912 | Angela F Reason DBA Clerk of Court NNCC 2500 Washington Ave Newport News Va 23607 |

3/25/2024

| | | |
|---|---|---|
| Arroyo, Amos | 1943912 | Ann H Howard, Clerk Radford Circuit Court 619 Second St Suite 149 Radford VA 24141 |

2-27-23 (All incoming)

Clerk's office Circuit Court of New Port News Honorable Angela Reason, Clerk 2500 Washington Ave Newport News Va 23607

---

3-2-23

Court of Appeals of Va 109 North 8th St Richmond Va 23219

Charles Haden Attorney at Law 1 East Queens Way 1rst floor Hampton Va 23669

---

3-22-23

Clerk's office Circuit Court of NewPort News ~~Honora~~ Honorable Angela Reason, Clerk 2500 Washington Ave. Newport News Va 23607

---

4-3-23

Charles Haden Attorney at Law 1 East Queens Way 1rst floor Hampton Va 23669

Ex: F1

6/7 Front/Back

Outgoing mail

11/27/23

| | | |
|---|---|---|
| Arroyo, Amos | 1943912 | John Vollino, Clerk of Court Norfolk VA U.S District Court 600 Granby St Norfolk VA 23510 |

12/14/23

| | | |
|---|---|---|
| Arroyo, Amos | 1943912 | Angela Reason, Clerk of Court<br>Newport News Circuit Court<br>2500 Washington Ave.<br>Newport News, VA 23607 |

11/27/23

| | | |
|---|---|---|
| Arroyo, Amos | 1943912 | John Vollino, Clerk of Court Norfolk VA U.S District Court 600 Granby St Norfolk VA 23510 |

12/14/23

| | | |
|---|---|---|
| Arroyo, Amos | 1943912 | Angela Reason, Clerk of Court<br>Newport News Circuit Court<br>2500 Washington Ave.<br>Newport News, VA 23607 |

12/15/23

| | | |
|---|---|---|
| Arroyo, Amos | 1943912 | Angela F. Reason Clerk of Court 2500 Washington Ave Newport News VA 23607 |

1/19/24

| | | |
|---|---|---|
| Arroyo, Amos | 1943912 | Shawn Overby c/o Law Firm 11832 Rocklanding Dr. Ste 209 Newort News VA 23606 |

Ex: 1P
6/7 Back/Front

1/22/24

| | | |
|---|---|---|
| Arroyo, Amos | 1943912 | Charles Haden<br>1 East Queens Way. Hampton, VA 23669 |
| Arroyo, Amos | 1943912 | M. Johnson Attorney<br>298 Cedar Road. Chesapeake, VA 23322 |

2/9/24

| | | |
|---|---|---|
| Arroyo, Amos | 1943912 | Portsmouth Circuit Court<br>1345 Court Street Suite 203<br>Portsmouth, VA 23704 |
| Arroyo, Amos | 1943912 | Fernando Galindo<br>600 Granby Street<br>Norfolk, VA 23510 |

2/22/24

| | | |
|---|---|---|
| Arroyo, Amos | 1943912 | Angela Reason, Clerk of Court<br>2500 Washington Ave.<br>Newport News, VA 23607 |

3/7/24

| | | |
|---|---|---|
| Arroyo, Amos | 1943912 | Clerk of Court, Radford Circuit Court<br>619 2nd Street<br>Radford, VA 24141 |

3/11/24

| | | |
|---|---|---|
| Arroyo, Amos | 1943912 | Charles Haden<br>1 East Queens Way. Hampton, VA 23869 |
| Arroyo, Amos | 1943912 | Norman Thomas |

Ex: f1
7/7 Front/Back

| | | |
|---|---|---|
| | | 1015 East Main St. Richmond, VA 23219 |
| Arroyo, Amos | 1943912 | Jeremiah Denton<br><br>397 Little Creek Rd. VA Beach, VA 23452 |

3/21/24

| | | |
|---|---|---|
| Arroyo, Amos | 1943912 | Angela F Reason DBA Clerk of Court NNCC 2500 Washington Ave Newport News Va 23607 |

3/25/24

| | | |
|---|---|---|
| Arroyo, Amos | 1943912 | Ann H Howard, Clerk Radford Circuit Court 619 Second St Suite 149 Radford VA 24141 |

3/828/24

| | | |
|---|---|---|
| Arroyo, Amos | 1943912 | James City County Attorney of Records D.E Skiffes Blvd Williamsburg VA 23185 |

4/19/24

| | | |
|---|---|---|
| Arroyo, Amos | 1943912 | D.E Davis Attorney of Record James City County CT 1684 Skiffles Blvd williamsburg VA 23185 |

5/28/24

| | | |
|---|---|---|
| Arroyo, Amos | 1943912 | Charles Haden Trustee Attorney 1 E Queens Way Hapton VA 23661 |

5/29/24

| | | |
|---|---|---|
| Arroyo, Amos | 1943912 | Charles Haden Attn: Trustee 1Queens Way 1rst Floor Hampton VA 23661 |

6/3/24

Ex: 1f
7/7 BACK / front

| | | |
|---|---|---|
| Arroyo, Amos | 1943912 | Megan O'Brien Asst. Attorney General 202 N 9th St Richmond VA 23219 |

6/13/24

| | | |
|---|---|---|
| Arroyo, Amos | 1943912 | Clerk of the Court John Vollino VA Court of Appeals 109 N Eighth St. Richmond VA 23219 |

6/20/24

| | | |
|---|---|---|
| Arroyo, Amos | 1943912 | Commonewealth Attorney Office Howard Guwynn Dustrict Attorney Michael Perkins Asst. District Attonrney 2501 Washington Ave 6th floor Newport News VA 23607 |
| Arroyo, Amos | 1943912 | Director Attorney Kyle Stephens or Office Holder c/o Virginia State Bar 1111 E Main St Ste 700 Richmond VA 23219 |
| Arroyo, Amos | 1943912 | Virginia Attorney General Jason S Miyares 202 North 9th ST. Richmond VA 23219 |

Incoming

11/16/23 Clerk's Office United States District Court Eastern District of Virginia 600 Granby St. Norfolk VA 23510

11/16/23 Clerk's Office United States District Court Eastern District of Virginia 600 Granby St. Norfolk VA. 23510

Exhibit 1g.

A. J. Ar
329 Dell
Ind., VA 24348

VADOC NEITHER
CENSORED NOR INSPECTED
THIS ITEM AND ASSUMES NO
RESPONSIBILITY FOR ITS CONTENTS

US POSTAGE PITNEY BOWES
ZIP 24348 $ 000.65⁰
02 4W
0000366848 APR 19 2024



(Attorney of Record
James City County Ct.)
1684 Skiffes Blvd.

Public Law 73-10
5 USC 369; Stat. 12
Ch. 71 sec. 23
37th Cong. sess. III
Non-Domestic

RECEIVED
APR 19 2024
RNCC Mailroom
Outgoing Legal Mail

Legal mail

- Clearly marked legal mail
- Clearly false postage stamp
- Clearly logged on outgoing legal mail log
- Missing necessary City, State & Zip code for proper metering

Exhibit: 1k Pg. 1/2
Front & Back

A.J. A. # 1143912
329 Dell Brook Lane
Independence, Virginia [24348]




Legal

Attorney of Record
D. E. Davis
[illegible]
1654 Skiffes Blvd.
Williamsburg, Virginia [23185]

Legal

# Returned Correspondence Notice

Exhibit: 1h Pg. 2/2
Back & Front

| Arroyo, Amos | 1943912 | 3-1-24 | C128 |
|---|---|---|---|
| Inmate or CCAP Probationer/Parolee Name | DOC Number | Date | Housing Unit |

Your correspondence sent to:

Name: Attorney of Record

Address: D.E Davis

was returned for the following reason(s):

- [x] Insufficient postage  Please submit $ .66 in postage to complete delivery.
- [ ] Incorrect or Incomplete Address
- [ ] Postmarked Return to Sender
- [ ] Undeliverable
- [ ] Other: ______

If the correspondence was returned due to insufficient postage, you have **7 DAYS** from the date given on this notice to provide proper postage to the mailroom. After **7 DAYS**, if the required postage has not been received by mailroom staff, the original correspondence and all enclosed contents will be shredded.

If the correspondence was returned due to incorrect or incomplete address, undeliverable, or returned to sender, you will have **7 DAYS** from the date given on this notice to provide the mailroom with a new envelope with an alternate address to send the correspondence and all enclosed items. The envelope must have the proper postage. After **7 DAYS**, if the envelope with required postage has not been received by mailroom staff, the original correspondence and all enclosed contents will be shredded.

Any required additional postage or envelopes must be sent promptly through the facility mail to the mailroom to allow time for the correspondence to be processed. Holidays and other special circumstances will be taken into consideration when meeting the deadline. No allowances will be made for postage and envelopes not placed in the mail until the seventh day and received after the deadline.

**Disposition of Correspondence and Contents:**

- [ ] Mailed  Date Mailed: ______
- [ ] Destroyed  Date Destroyed: ______

**RETAIN THIS DOCUMENT ON FILE FOR FIVE YEARS**

Exhibit: 1i

A.J. A. #1943912
29 Doll Brook Lane
Independence, VA 24348

US POSTAGE IMI PITNEY BOWES
ZIP 24348 $ 000.67⁰
02 4W
0000366848 MAR 28 2024




Non Domestic 1st class
w/o prej. 5 usc 369
12 stat. 701 ch. 71 sec 23
37th cong. session III
Per usps website.

James City, ...
Attorney of record
D. E. Davis
1684 Skiffes Blvd.
Williamsburg, VA 23185

RECEIVED
MAR 28 2024
RNCC Mailroom
Outgoing Legal Mail

legal mail

B2c

Exhibit: 1j

Arroyo # 1943[illegible]
Dell Brook Lane
Virginia STATE [[illegible]

VADOC NEITHER
CENSORED NOR INSPECTED
THIS ITEM AND ASSUMES NO
RESPONSIBILITY FOR ITS CONTENTS

US POSTAGE PITNEY BOWES
ZIP 24348 $ 000.67⁰
02 4W
0000366848 MAY 01 2024




Legal Mail

D. E. Davis
James City County Attorney of Record
1684 Skiffes Blvd.
Williamsburg. Virginia State [23185]

RECEIVED
MAY 01 2024
RNCC Mailroom
Outgoing Legal Mail

Legal Mail

Exhibit: 1k

Amos Jacob Arroyo #1945917
[illegible] Lane
[illegible], Virginia State [24348]



US POSTAGE
ZIP 24343 $ 000.61
MAY 11 2024

D. E. Davis Att. of Record
1684 [illegible] Blvd.
Williamsburg, Virginia State [23185]

Legal mail

Exhibit: 1 L pg. 1/2

. Arroyo #1943912
29 Dell Brook Lane
..., VA 24348

VADOC NEITHER
CENSORED NOR INSPECTED
THIS ITEM AND ASSUMES NO
RESPONSIBILITY FOR ITS CONTENTS

US POSTAGE IMI PITNEY BOWES Legal
CORRECTION
ZIP 24348 $ 000.70⁰
02 7W
0008034083 JUL 29 2024

D. E. Davis James City County
Attorney of Record
1684 Skiffes Blvd.
Williamsburg, VA 23185

4 USPS Jurisdiction Only




"Legal mail"

*Virginia Department of Corrections*

**Trust Daily Receipt**

7/30/2024 7:33:56 AM

Account Location: River North Correctional Center FG

Exhibit: 11 Pg 2/2

Beginning Date: 7/29/2024 Ending Date: 7/29/2024

Arroyo, Amos Jacob (1943912) River North Correctional Center [B-1-136-B]

| Beginning Payables: | SPEND (511) | HOLD (512) | SAVINGS (513) | COMMISSARY (514) | UNCLAIMED (515) | RESERVE (516) | COURT (519) | CHILD SUPPORT (520) |
|---|---|---|---|---|---|---|---|---|
| | 80.91 | 0.00 | 39.00 | 0.00 | 0.00 | 0.00 | 0.61 | 0.00 |
| **Beginning Receivables:** | **LOANS (211)** | **MEDCO LOANS (212)** | | | | | | |
| | 0.00 | 0.00 | | | | | | |

| Post Date | Batch Number | Transaction Description | TC REF | Amount | Received From / Payee Name |
|---|---|---|---|---|---|
| 07/29/2024 | RNCC20240729WDA_D11 | Postage | 75-511 | 0.70 - | |

| Ending Payables: | SPEND (511) | HOLD (512) | SAVINGS (513) | COMMISSARY (514) | UNCLAIMED (515) | RESERVE (516) | COURT (519) | CHILD SUPPORT (520) |
|---|---|---|---|---|---|---|---|---|
| | 80.21 | 0.00 | 39.00 | 0.00 | 0.00 | 0.00 | 0.61 | 0.00 |
| **Ending Receivables:** | **LOANS (211)** | **MEDCO LOANS (212)** | | | | | | |
| | 0.00 | 0.00 | | | | | | |

Exhibit 2a
Pg. 1
F/B
Front & Back

Outgoing Legal Mail

- 3/6/23: Clerk of Court, Court of Appeals. Richmond, VA
- 3/6/23: U.S. District Court, Clerk of Court. Richmond, VA
- 3/16/23: Mark Herring Attorney General. Richmond, VA
- 3/16/23: Ferdinand Galindo, Clerk of Norfolk District Court. Richmond, VA
- 3/21/23: Saadia Villafarma. Palm Desert, CA 92260

(This is all the outgoing legal mail we have for you)

Incoming

Exhibit: 2a
Pg. 1
BACK & front

4-3-23

Charles Haden
Hampton Va 23669

Goff Voltin PLLC
Newport News Va 23606

Clerk US District Court
Newport News Va 23607

3-22-23

Clerk's office Circuit Court of Newport News
Newport News Va 23607

3-2-23

Court of Appeals of Va
Richmond Va 23219

Charles Haden
Hampton Va 23669

2-27-23

Clerk's office Circuit Court of Newport News
Newport News 23607

VIRGINIA
DEPARTMENT OF CORRECTIONS

Written Complaint 866

RECEIVED RNCC AUG 2 3 2024 GRIEVANCE DEPT

# Written Complaint

Exhibit: 3a Pg. 1/2

**Instructions for filing:**

- You should first use the verbal complaint process and discuss your issue with staff before submitting this Written Complaint.
- You must explain your issue in the space provided below, preferably in ink.
- You must fill your *Written Complaint* form out completely and correctly
- Your *Written Complaint* must be received within 15 days of the original incident or discovery of the incident.
- You are limited to only one issue per *Written Complaint*.
- You may file a *Regular Grievance* if you do not receive a response within 15 days.
- You are not required to submit a *Written Complaint* for alleged incidents of sexual abuse and sexual harassment or wh[...] informal complaint process is satisfied by other documentation.

RECEIVED JUL 3 0 2024 GRIEVANCE DEPT

Amos Jacob Arroyo — Offender Name
1943912 — Offender Number
D136B — Housing Assignment
Mailroom — Individuals Involved in Incident
7/26/2024 — Date/ Time of Incident

**TO:** Mailroom / Investigators
**(You must address your issue to institutional staff or an institutional department)**

**In the space provided explain your issue (be specific):**

This is Lawful Notice of Attorney of Record Thomas E. Stowers Record/Attorney No. 2024031904 Bell County Texas clerk's office Shelley Coston, Clerk ~~of Court~~

Offender Signature: [signature] Date: 7/26/2024

**Offenders - Do Not Write Below This Line**

**Date Received:** 7/30 0806 **Response Due:** 8/13 RNCC-24-WRI-0384
**Assigned to:** Intel

**Action Taken/Response:**

This is not an issue.

[signature] Respondent Signature — Sgt E. Bemis Printed Name and Title — 8-13-2[4] Date

**Withdrawal of Complaint:**

I wish to voluntarily withdraw this complaint. I understand that by withdrawing this written complaint, there will be no further acti[on] on this issue nor will I receive a response to this complaint. I understand that I may resubmit this same issue once and only once on [a] new *Written Complaint* as long as the original 15-day time limit has not expired.

**Offender Signature:** ______________________ **Date:** ________

**Staff Witness:** ______________________

Exhibit: 3a Pg. 2/2

VIRGINIA
DEPARTMENT OF CORRECTIONS

Request to Block Attorney Numbers 803_F4 11-20

# Request to Block Attorney Numbers from Monitoring and Recording

**You must submit this form to prevent your legal calls from being monitored and recorded.**

**(Print clearly and in Black ink when available)**

Only *ONE* attorney may be listed per request. Additional forms may be submitted if necessary. GTL Staff will process this form within 2 days of email receipt. Once the form is processed, it will be returned to the submitting facility staff member via email, who will notify the inmate. When the recording block is in place, you will not hear the message that the call is being recorded and monitored. The inmate must not add the attorney's phone number to their call list.

## Attorney Information (Please Print):

Name of Firm Represented By: (Attorney #: 107403604)

Name of Attorney (Required): THOMAS E. STOWERS

Representative of the Attorney: Thomas Stowers

Address of Firm/Attorney: 502 W. VEGA ST.

City: Killeen State: Texas Zip Code: 76542

Please list the telephone number(s) of your attorney (**AREA CODE MUST BE PROVIDED** - **Direct Dial numbers only, no extensions, no answering services**):

*Denied ( 304 ) 638 - 0369
*Area Code* *Telephone Number*

( ____ ) ____ - ____
*Area Code* *Telephone Number*

## Inmate Information (Please Print):

Inmate Name: Amos Jacob Arroyo

Inmate 7 Digit State ID Number: 1 9 4 3 9 1 2

Current Facility Location: River North Correctional Center

Inmate Signature: [signature] Date: 8/3/2024

**Facility Information**

Date Emailed to GTL: ____

Staff Member Name: ____

Date Received back from GTL: ____

**GTL Information:**

Date GTL Received: 8-12-2024

☐ Verified the Attorney
☐ Verified Attorney Telephone Number
☐ Number set to private
*(Number not monitored, not recorded)*

Could not verify information (reason): * Denied 304 638 0369 - not an licensed attorney.

Date GTL Emailed back to facility: 8-12-2024

SAW 11.17



RETURN TO INMATE

VIRGINIA
DEPARTMENT OF CORRECTIONS

**Notice of Unauthorized Correspondence** 803_F2_6-22

**VADOC Centralized Mail Distribution Center**
**3521 Woods Way**
**State Farm, VA 23160**

B225

Date: **21March2024**

**TO:** **IRS**
**STOP 6525**
**Kansas City, MO 64999-0025**

Exhibit BB1
Pg. 1/2

**FROM:** **Mailroom Supervisor, Centralized Mail Distribution Center**

**SUBJECT: UNAUTHORIZED CORRESPONDENCE**

The enclosed correspondence and/or item(s) sent to **Amos Arroyo, #1943912** is unauthorized for the following reason(s) Operating Procedure 803.1, *Inmate and Probationer/Parolee Correspondence*:

- ☐ Recipient cannot be identified, please address with the full legal name and DOC number
- ☐ Correspondence with inmates at the Virginia Center for Behavioral Rehabilitation or in local, state, or federal, adult, or juvenile correctional facilities and jails must be pre-approved by both unit heads.
- ☐ Third party correspondence is prohibited
- ☐ Correspondence containing DOC staff, contractor, or volunteer personal information (social security number, address, phone number, etc.) is prohibited
- ☐ Correspondence, documents, drawings, or symbols of any type that contain or indicate gang/STG identifiers, language, or information is prohibited.
- ☐ Coded or encrypted correspondence is prohibited.
- ☐ No unauthorized property permitted through the mail.
- ☐ No cash, money orders, certified/ cashier's checks, or personal checks permitted ; Only government and business checks are authorized. Amount received was $ ____________, Serial Number(s): (1) __________________ (2) ________________
- ☐ No lottery tickets, blank post cards, stationary, greeting cards, stamps, and unauthorized prepaid postage envelopes permitted.
- ☐ No powders, body fluids, or other foreign substances permitted
- ☐ Personal photobooks must be received directly from the vendor.
- ☐ Correspondence exceeds the maximum of three 8 ½" X 11" photocopied pages, front and back
- ☐ Correspondence or enclosed contents exceed the size limit and require manipulation to photocopy
- ☐ No nude/semi-nude personal photographs/pictures are permitted.
- ☐ Thumbnail print must be at least 1 ½" by 1 ½"
- ☐ Exceeds the maximum number of five photographs
- ☐ Commercially Distributed Photograph(s) violates *Specific Criteria for Publication Disapproval* ____________________ (If more than one criteria is violated, list all violations)
- ☐ Legal Mail must be sent directly to the Central Mail Distribution Center (3521 Woods Way, State Farm, VA 23160)
- ☒ **Other: General Correspondence is to be mail directly to the institution's mailroom.**

**DISPOSITION**

- ☒ Item(s) are being returned to sender (enclosed).
- ☐ Item(s) were illegal or hazardous and cannot be placed in the mail and are hereby confiscated and will not be returned to you.
- ☐ Item(s) purchased by the inmate but review determines they are unauthorized for inmate possession and must be disposed of at the inmate's expense; see Operating Procedure 802.1, *Inmate and CCAP Probationer/Parolee Property.*

By copy of this letter, the inmate or probationer/parolee identified in this action is being notified of this decision. The inmate or CCAP probationer/parolee may appeal this decision in accordance with Operating Procedure 803.1, *Inmate and Probationer/Parolee Correspondence*. If the sender wishes to appeal this decision, they may do so in writing to the Facility Unit Head at the above address. Thank you for your cooperation in this matter

**Copy:** Inmate or Probationer/Parolee: **Amos Arroyo, #1943912**

cial Business
ialty for Private Use, $300

IRS Internal Revenue Service
IRS, STOP 6525
KANSAS CITY MO 64999-0025

**PRESORTED**
**FIRST-CLASS MAIL**
Postage and Fees Paid
Internal Revenue Service
**PERMIT NO. G-48**

014106.568777.80198.14905 1 AB 0.547 532

AMOS J ARROYO
1943912
3521 WOODS WAY
STATE FARM VA 23160-0004

014106

Inmate in VADOC ( )
~~Unauthorized~~ Correspondence ( )
General

Exhibit BB1
Pg. 2/2

Exhibit BB2

Clear Mailfraud Computer generated or cutout postage stamp

Amos-:Arroyo [# 1543912]
329 Dell Brook Lane
Ind., Virginia state [24348]

:TED
.S NO
'S CONTENTS

US POSTAGE IMI PITNEY BOWES
ZIP 24348 $ 000.65⁰
02 4W
0000366848 JUN 03 2024




Megan O'Brien Asst. Att.Gen.
202 N. 9th St.
Richmond, Virginia state [23219]

RECEIVED
JUN 03 2024
RNCC Mailroom
Outgoing Legal Mail

Law Mail

BB2

VIRGINIA
DEPARTMENT OF CORRECTIONS

**Notice of Unauthorized Correspondence** 803_F2_1-24

# River North Correctional Center

Exhibit BB3

**329 Dellbrook Lane**
**Independence, VA 24348**

WARDEN Younce
8/24/24
SHID: Write Mailroom

Date: 8/23/24

**TO:** US Department of Veterans Affairs
9700 Page Avenue
Saint Louis, MO 63132

**FROM:** Mailroom Supervisor

**SUBJECT: UNAUTHORIZED CORRESPONDENCE**

The enclosed correspondence and/or item(s) sent to Arroyo, Amos, #1943912 is unauthorized for the following reason(s) Operating Procedure 803.1, *Inmate and CCAP Probationer/Parolee Correspondence*:

- ☐ Recipient cannot be identified, please address with the full legal name and DOC number.
- ☐ Correspondence with persons housed in the Virginia Center for Behavioral Rehabilitation or in local, state, or federal, adult, or juvenile correctional facilities and jails must be pre-approved by both unit heads.
- ☐ Third party correspondence is prohibited.
- ☐ Items containing staff, contractor, or volunteer personal information (social security number, address, phone number, etc.) is prohibited.
- ☐ Items that contain or indicate gang/STG identifiers, language, or information is prohibited.
- ☐ Coded or encrypted correspondence is prohibited.
- ☐ No unauthorized property permitted through the mail.
- ☐ No cash, money orders, certified/ cashier's checks, or personal checks permitted ; Only government and business checks are authorized. Amount received was $ ________, Serial Number(s): (1) ____________ (2) ____________
- ☐ No lottery tickets, blank post cards, stationary, greeting cards, stamps, and unauthorized prepaid postage envelopes permitted.
- ☐ No powders, body fluids, or other foreign substances permitted.
- ☐ Photobooks must be received directly from the vendor.
- ☐ General Correspondence exceeds the maximum of three 8 ½" X 11" photocopied pages, front and back.
- ☐ General Correspondence or enclosed contents exceed the size limit and require manipulation to photocopy.
- ☐ No nude or semi-nude personal photographs/pictures are permitted.
- ☐ Thumbnail print must be at least 1 ½" by 1 ½".
- ☐ Exceeds the maximum number of five photographs per envelope (commercial and personal)
- ☐ The maximum number five commercially distributed photographs each month has already been received.
- ☐ Commercially Distributed Photograph(s) violates *Specific Criteria for Publication Disapproval* ____________ (If more than one criterion is violated, list all violations)
- ☒ Item must be sent directly to the Central Mail Distribution Center (VADOC CMDC, 3521 Woods Way, State Farm, VA 23160)
- ☐ **Other:** ____________

**DISPOSITION**

- ☒ Item(s) are being returned to sender (enclosed).
- ☐ Item(s) were illegal or hazardous and cannot be placed in the mail and are hereby confiscated and will not be returned to you.
- ☐ Item(s) purchased by the inmate or CCAP probationer/parolee but review determines they are unauthorized for possession and must be disposed of at the inmate's or CCAP probationer's/parolee's expense; see Operating Procedure 802.1, *Inmate and CCAP Probationer/Parolee Property*.

By copy of this letter, the inmate or CCAP probationer/parolee identified in this action is being notified of this decision. The inmate or CCAP probationer/parolee may appeal this decision in accordance with Operating Procedure 803.1, *Inmate and CCAP Probationer/Parolee Correspondence*. If the sender wishes to appeal this decision, they may do so in writing to the Facility Unit Head at the above address. Thank you for your cooperation in this matter

**Copy:** Inmate or CCAP Probationer/Parolee: Arroyo, Amos #:1943912
Housing: B 317

VIRGINIA
DEPARTMENT OF CORRECTIONS

**Notice of Unauthorized Correspondence** 803_F2_1-24

# River North Correctional Center

Exhibit: BB 4

**329 Dellbrook Lane**
**Independence, VA 24348**

Date: 8/9/24

**TO:** US Department of Justice Disability Rights Section Technical Assistance
Washington, DC 20530

**FROM:** Mailroom Supervisor

**SUBJECT: UNAUTHORIZED CORRESPONDENCE**

The enclosed correspondence and/or item(s) sent to Arroyo, Amos, #1943912 is unauthorized for the following reason(s) Operating Procedure 803.1, *Inmate and CCAP Probationer/Parolee Correspondence*:

- ☐ Recipient cannot be identified, please address with the full legal name and DOC number.
- ☐ Correspondence with persons housed in the Virginia Center for Behavioral Rehabilitation or in local, state, or federal, adult, or juvenile correctional facilities and jails must be pre-approved by both unit heads.
- ☐ Third party correspondence is prohibited.
- ☐ Items containing staff, contractor, or volunteer personal information (social security number, address, phone number, etc.) is prohibited.
- ☐ Items that contain or indicate gang/STG identifiers, language, or information is prohibited.
- ☐ Coded or encrypted correspondence is prohibited.
- ☐ No unauthorized property permitted through the mail.
- ☐ No cash, money orders, certified/ cashier's checks, or personal checks permitted ; Only government and business checks are authorized. Amount received was $ ________, Serial Number(s): (1) ________ (2) ________
- ☐ No lottery tickets, blank post cards, stationary, greeting cards, stamps, and unauthorized prepaid postage envelopes permitted.
- ☐ No powders, body fluids, or other foreign substances permitted.
- ☐ Photobooks must be received directly from the vendor.
- ☐ General Correspondence exceeds the maximum of three 8 ½" X 11" photocopied pages, front and back.
- ☐ General Correspondence or enclosed contents exceed the size limit and require manipulation to photocopy.
- ☐ No nude or semi-nude personal photographs/pictures are permitted.
- ☐ Thumbnail print must be at least 1 ½" by 1 ½".
- ☐ Exceeds the maximum number of five photographs per envelope (commercial and personal)
- ☐ The maximum number five commercially distributed photographs each month has already been received.
- ☐ Commercially Distributed Photograph(s) violates *Specific Criteria for Publication Disapproval* ________ (If more than one criterion is violated, list all violations)
- ☒ Item must be sent directly to the Central Mail Distribution Center (VADOC CMDC, 3521 Woods Way, State Farm, VA 23160)
- ☐ **Other:** ________

**DISPOSITION**

- ☒ Item(s) are being returned to sender (enclosed).
- ☐ Item(s) were illegal or hazardous and cannot be placed in the mail and are hereby confiscated and will not be returned to you.
- ☐ Item(s) purchased by the inmate or CCAP probationer/parolee but review determines they are unauthorized for possession and must be disposed of at the inmate's or CCAP probationer's/parolee's expense; see Operating Procedure 802.1, *Inmate and CCAP Probationer/Parolee Property*.

By copy of this letter, the inmate or CCAP probationer/parolee identified in this action is being notified of this decision. The inmate or CCAP probationer/parolee may appeal this decision in accordance with Operating Procedure 803.1, *Inmate and CCAP Probationer/Parolee Correspondence*. If the sender wishes to appeal this decision, they may do so in writing to the Facility Unit Head at the above address. Thank you for your cooperation in this matter

**Copy:** Inmate or CCAP Probationer/Parolee: Arroyo, Amos #: 1943912
Housing: B 136

Exhibit: BB5 pg. 1/2

A.J. Arroyo #1943912
329 Dell Brook Lane
Independence, [24348]
Virginia State

ECTED
MES NO
R ITS CONTENTS

US POSTAGE PITNEY BOWES
ZIP 24348 $ 000.65⁰
02 4W
0000366848 MAY. 28. 2024







U.S. statutes
Book of Cong. legislation
12 statute 701 ch. 21 sec 23
5¢ 1/2 oz standard
1st class mail.

)-225

Attorney of Record (VA Coris)
Saadia V. Villafana
39343 Warm Springs Dr.
Palm Desert, California State [92260]

(less than 1 oz.)
Legal Mail

# Trust Daily Receipt

5/29/2024 7:15:07 AI

Account Location: River North Correctional Center FG

Exhibit: BB5 pg. 2/2

Beginning Date: 5/28/2024 Ending Date: 5/28/2024

Arroyo, Amos Jacob (1943912) River North Correctional Center [B-2-225-T]

| | SPEND (511) | HOLD (512) | SAVINGS (513) | COMMISSARY (514) | UNCLAIMED (515) | RESERVE (516) | COURT (519) | CHILD SUPPOR (520) |
|---|---|---|---|---|---|---|---|---|
| Beginning Payables: | 127.54 | 0.00 | 39.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| | LOANS (211) | MEDCO LOANS (212) |
|---|---|---|
| Beginning Receivables: | 0.00 | 0.00 |

| Post Date | Batch Number | Transaction Description | TC REF | Amount | Received From / Payee Name |
|---|---|---|---|---|---|
| 05/28/2024 | RNCC20240528WDK_U01 | Legal Mail Postage | 84-511 | 0.68 - | |

| | SPEND (511) | HOLD (512) | SAVINGS (513) | COMMISSARY (514) | UNCLAIMED (515) | RESERVE (516) | COURT (519) | CHILD SUPPOR (520) |
|---|---|---|---|---|---|---|---|---|
| Ending Payables: | 126.86 | 0.00 | 39.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| | LOANS (211) | MEDCO LOANS (212) |
|---|---|---|
| Ending Receivables: | 0.00 | 0.00 |

Exhibit: BB6
Pg. 1/2

VADOC NEITHER CENSORED NOR INSPECTED THIS ITEM AND ASSUMES NO RESPONSIBILITY FOR ITS CONTENTS

US POSTAGE PITNEY BOWES
CORRECTION
ZIP 24348 $ 011.51⁰
02 7W
0008034083 AUG 27 2024

From: Amos-Jacob: Arroyo [#1943912]
329 Dellbrook Lane
Independence, VA 24348

~~To: Fernando Galindo Clerk of Court~~
~~Norfolk US District Court~~

To: Clerk of Court
Newport News US Dist. Court
2400 West Ave.
Newport News, VA 23607

Certified Mail Return Reciept

RECEIVED
AUG 27 2024
RNCC Mailroom
Outgoing Legal Mail

7018 1830 0001 4196 7901
7018 1830 0001 4196 7901

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

Arroyo, Amos #1943912
8-27-24

Certified Mail Fee
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $
Postage
Total Postage and Fees
Postmark Here

Sent To
Clerk of Court Newport News U.S. Dist. Court
Street and Apt. No., or PO Box No.
2400 West Ave.
City, State, ZIP+4®
Newport News, VA 23607

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Clerk of Court
Newport News U.S. Dist. Court
2400 West Ave
Newport News, VA 23607

9590 9402 5506 9249 5893 54

2. Article Number (Transfer from service label)
7018 1830 0001 4196 7901

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)
C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053
Domestic Return Receipt

*Virginia Department of Corrections*

**Trust Daily Receipt**

8/28/2024 7:53:50 AM

Account Location: River North Correctional Center FG

Exhibit: BB6

Beginning Date: 8/27/2024 Ending Date: 8/27/2024

Pg. 2/2

Arroyo, Amos Jacob (1943912)

River North Correctional Center [B-3-317-B]

| Beginning Payables: | SPEND (511) | HOLD (512) | SAVINGS (513) | COMMISSARY (514) | UNCLAIMED (515) | RESERVE (516) | COURT (519) | CHILD SUPPORT (520) |
|---|---|---|---|---|---|---|---|---|
| | 190.11 | 0.00 | 39.00 | 0.00 | 0.00 | 0.00 | 0.81 | 0.00 |
| **Beginning Receivables:** | LOANS (211) | MEDCO LOANS (212) | | | | | | |
| | 0.00 | 0.00 | | | | | | |

| Post Date | Batch Number | Transaction Description | TC REF | Amount | Received From / Payee Name |
|---|---|---|---|---|---|
| 08/27/2024 | RNCC20240827WDA_D06 | Legal Mail Postage | 84-511 | 11.51 - | |

| Ending Payables: | SPEND (511) | HOLD (512) | SAVINGS (513) | COMMISSARY (514) | UNCLAIMED (515) | RESERVE (516) | COURT (519) | CHILD SUPPORT (520) |
|---|---|---|---|---|---|---|---|---|
| | 178.60 | 0.00 | 39.00 | 0.00 | 0.00 | 0.00 | 0.81 | 0.00 |
| **Ending Receivables:** | LOANS (211) | MEDCO LOANS (212) | | | | | | |
| | 0.00 | 0.00 | | | | | | |

4/4/2024 7:48 - 7:55 pm

VIRGINIA
DEPARTMENT OF CORRECTIONS

**Notice of Unauthorized Correspondence** 803_F2_6-22

**VADOC Centralized Mail Distribution Center**
**3521 Woods Way**
**State Farm, VA 23160**

Exhibit: BA7
1/2

Date: 3.27.24

**TO:** IRS
Stop 6525 (AM C15)
Kansas City MO 64999

B225

**FROM:** **Mailroom Supervisor, Centralized Mail Distribution Center**

**SUBJECT: UNAUTHORIZED CORRESPONDENCE**

The enclosed correspondence and/or item(s) sent to Amos Arroyo is unauthorized for the following reason(s) Operating Procedure 803.1, *Inmate and Probationer/Parolee Correspondence*:

- ☐ Recipient cannot be identified, please address with the full legal name and DOC number
- ☐ Correspondence with inmates at the Virginia Center for Behavioral Rehabilitation or in local, state, or federal, adult, or juvenile correctional facilities and jails must be pre-approved by both unit heads
- ☐ Third party correspondence is prohibited
- ☐ Correspondence containing DOC staff, contractor, or volunteer personal information (social security number, address, phone number, etc.) is prohibited
- ☐ Correspondence, documents, drawings, or symbols of any type that contain or indicate gang/STG identifiers, language, or information is prohibited.
- ☐ Coded or encrypted correspondence is prohibited.
- ☐ No unauthorized property permitted through the mail.
- ☐ No cash, money orders, certified/ cashier's checks, or personal checks permitted ; Only government and business checks are authorized. Amount received was $ ________, Serial Number(s): (1) ____________ (2) ____________
- ☐ No lottery tickets, blank post cards, stationary, greeting cards, stamps, and unauthorized prepaid postage envelopes permitted.
- ☐ No powders, body fluids, or other foreign substances permitted
- ☐ Personal photobooks must be received directly from the vendor.
- ☐ Correspondence exceeds the maximum of three 8 ½" X 11" photocopied pages, front and back
- ☐ Correspondence or enclosed contents exceed the size limit and require manipulation to photocopy
- ☐ No nude/semi-nude personal photographs/pictures are permitted.
- ☐ Thumbnail print must be at least 1 ½" by 1 ½"
- ☐ Exceeds the maximum number of five photographs
- ☐ Commercially Distributed Photograph(s) violates *Specific Criteria for Publication Disapproval* ____________ (If more than one criteria is violated, list all violations)
- ☐ Legal Mail must be sent directly to the Central Mail Distribution Center (3521 Woods Way, State Farm, VA 23160)
- ☒ **Other: General Correspondence is to be mail directly to the institution's mailroom.**

**DISPOSITION**

- ☒ Item(s) are being returned to sender (enclosed).
- ☐ Item(s) were illegal or hazardous and cannot be placed in the mail and are hereby confiscated and will not be returned to you.
- ☐ Item(s) purchased by the inmate but review determines they are unauthorized for inmate possession and must be disposed of at the inmate's expense; see Operating Procedure 802.1, *Inmate and CCAP Probationer/Parolee Property*.

By copy of this letter, the inmate or probationer/parolee identified in this action is being notified of this decision. The inmate or CCAP probationer/parolee may appeal this decision in accordance with Operating Procedure 803.1, *Inmate and Probationer/Parolee Correspondence*. If the sender wishes to appeal this decision, they may do so in writing to the Facility Unit Head at the above address. Thank you for your cooperation in this matter

**Copy:** Inmate or Probationer/Parolee: Amos Arroyo 1943912

Exhibit: BB7
Pg: 2/2

CERTIFIED MAIL

IRS Department of the Treasury
Internal Revenue Service
Stop 6525 (AM CIS)
Kansas City MO 64999-0025

PRESORTED
FIRST-CLASS MAIL
Postage and Fees Paid
Internal Revenue Service
PERMIT NO. G-48

9307 1107 5620 2285 3199 64

Official Business
Penalty for Private Use, $300

000116.425122.73018.1831 2 MB 0.571 1436

AMOS J ARROYO
1943912
3521 WOODS WAY
STATE FARM VA 23160-0004

000116

Return to Sender (✓)
Not Legal Mail ( )
Need Inmate Name/Number ( )
No Identification Inmate Name Number ( )
Inmate not in VADOC ( )
Unauthorized Correspondence (✓)

VIRGINIA
DEPARTMENT OF CORRECTIONS

Refused By officer Floor Exhibit: BB8 2:29 PM

**Emergency Grievance** 866_F4_9-20

## Emergency Grievance

Log # 169595

The emergency grievance process provides a method for offender reporting and expedited staff responses to situations or conditions that may subject the offender to an immediate risk of serious personal injury or irreparable harm to include alleged sexual abuse or sexual harassment and/or allegations that an offender is subject to a substantial risk of imminent sexual abuse.

| Offender Last Name | First | Number | Facility | Building-Cell/Bed |
|---|---|---|---|---|
| ARROYO | AMOS-Jacob | 1943912 | RNCC | B317B |

### Part A - Offender Claim

**In the space provided explain your emergency (be specific):** STAFF in B Building HAVE NO EMERGENCY GRIEVANCES TO GIVE TO INMATES. I RECIEVED THIS ONE FROM ANOTHER INMATE. I NEED A FEDERAL MAGISTRATE TO BRING FEDERAL CRIMINAL CHARGES. THERE IS MAIL & OTHER FRAUDULENT ACTIVITY BY STAFF & MY PHONE HAS BEEN BLOCKED SO I CANNOT ACCESS MY ATTORNEY OR DIAL #70 TO REPORT THE ABSENCE OF EMERGENCY GRIEVANCES. ON 9/16/24 I REQUESTED A FEDERAL MAGISTRATE FROM UNIT MANAGER TO BRING CRIMINAL CHARGES AGAINST STAFF FOR MAIL FRAUD & RETALIATION FOR ENFORCEMENT OF 1ST AMENDMENT RIGHTS. EXPRESSED TO OMBUDSMAN S. SUTPIN. I HAVE NOT RECIEVED A MAGISTRATE & THIS CRIMINAL ACTIVITY HAS CONTINUED. I WAS WRITTEN CHARGES FOR ANSWERING THE OMBUDSMAN REQUEST FOR WHAT I WANT TO RESOLVE THESE ISSUES. THIS IS LAWFUL NOTICE.

Date/Time: 9/22/24 2:24 pm

Offender Signature and Number: [signature] 1943912

### PART B - Staff Response

Distribution: Original returned to Offender, Copy forwarded to Institutional Ombudsman
[Detach here]

### PART C- RECEIPT

Log #: 169595

| Offender Last Name | First | Number | Facility | Building-Cell/Bed |
|---|---|---|---|---|
| ARROYO | AMOS | 1943912 | RNCC | B 317 B |

I acknowledge receipt of this complaint from the above offender. [Complete and issue to offender if taking from their presence for response.]

Date/Time: 9/22/24 3:45pm

Recipient's Signature (Staff Member): LT S Miller

Name/Title Printed: LT Miller / Lieutenant

VIRGINIA DEPARTMENT OF CORRECTIONS

*Revision Date: 9/3/20*

☒ **(Non-emergency)** Your grievance does not meet the definition of an emergency, because the information provided does not indicate that you are subject to an immediate risk of serious personal injury or irreparable harm. You should address your issue as follows:

- ☐ Submit Written Complaint
- ☐ Submit Sick Call Request
- ☐ Submit Request to Dental
- ☐ Evaluated by Medical: Date Seen
- ☐ Send an Offender Request To:
- ☒ Other (Provide detailed explanation below)

This does not represent life threatening or personal injury. Please submit requests to mailroom or Intel.

Date/Time: 9/22/2024 5:45pm

Respondent Signature: LT S Miller

Name/Title Printed: LT S Miller / Lieutenant

Exhibit: BB9
Pg. 1/3

To whom it May Concern,

Please Accept These Documents As Timely, Due To The included Grievances & Request Forms Signed By various officers of Hampton Roads Regional industries including forms on 1-10-2023 Signed By (Mrs.) officer Atkins & (Mr.) officer Massey for Request For Notary & Complaint About The Lack of Before Being Shipped To New Holding Facility on 1-11-2023.

These Documents As Per legal Hampton Roads Regional industries forms Proves without Doubt The Notary was Denied To Me Prior To & Speaks To What Documents were finished for Notary.

None Were Notarized Despite The Habeas Corpus These Documents Were intended for. This would Be intentional Denial of Access To legal Remedy upon which I Am Entitled. This Also would Link To The Lawsuit Actions in District Court Richmond for The U.S. Court House That I Have one of which passed Review (2-22-CV81) & others That will pass Review. I would Have Reason To Add Such Violative Conduct To These Suits.

Please if There is Proper forms for filing Along with These Documents & letter, Send Me 2 copies. Thank you for your consideration & Attention in These Matters. Sent to Secretary of Commerce, Contract office (Newport News Circuit Court), & Bond Holder (Richmond) U.S. District Court House.

Respectfully, [Amos Jacob of The Arroyo Family] Authorized Rep.

AMOS JACOB ARROYO

SEAL: [signature]

DATE: 14 Jan 2023

SIGN: Sarah Ann Bailey

SARAH ANN BAILEY NOTARY PUBLIC REG. #8001645 MY COMMISSION EXPIRES 09/30/2026 COMMONWEALTH OF VIRGINIA

STAMP

Exhibit: BB9
Pg. 2/3

VIRGINIA: IN The City of NewPORT New CIRCUIT COURT

AMOS ARROYO V. COMMONWEALTH

CASE/CONTRACT #: 18001525-1530; 18001705-1707

MOTION FOR RATIFICATION (Of UNAUTHORIZED COMMITMENT)

Comes Now, [Amos, Jacob of The Arroyo Family] ACTING IN PROPRIA PERSONA AS AUTHORIZED REPRESENTATIVE of AMOS JACOB ARROYO CORPORATE TRUST Birth Certificate UT.# J154121 _ 15685214193 New York 1985, This Contract is Associated with Cusip/AutoTRIS/Account #: 055 721399 Routing #: B. 43259393 to Move This Honorable Court, Jurisdiction; Admiralty; Guided By The Uniform Commercial Code to Ratify The Above Case/contracts which Are in Violation of U.C.C.s including failure to Disclose contract As Contracting officer & failure to provide Bonded Claim By Claimant Against AMOS JACOB ARROYO. The Court is Authorized & Compelled to Ratify These Contracts under 48 Code of Federal Regulation 1.602-3(c)(1),(2),(4),(5)&(6). "We Hold to less stringent standards for prose litigants Than formal papers filed By Lawyers." Haines v. Kerner 404 us.519, 520 Wherefore in Convergence with with The U.S.C., VAC & U.C.C. & All Laws Secured By The US. Constitution, The Supreme Law of The Land, May it Be So ordered That These unauthorized Contracts Be Ratified in The interest of Equity in Law.

Respectfully Submitted,

AMOS JACOB ARROYO

seal: [signature]

Authorized Representative

[Amos, Jacob of the Arroyo family]

Date: 1/14/2023

Stamp

SIGN: Sarah Ann Bailey

SARAH ANN BAILEY NOTARY PUBLIC REG. #8001645 MY COMMISSION EXPIRES 09/30/2026 COMMONWEALTH OF VIRGINIA

SEAL: [fingerprint]

1c PROTEST TO THE AGENCY Exhibit: BB9 iC

Pg. 3/3

City of NewPORT News VA Circuit Court: Contract officer
Contract #/Case #: CR1800152[illegible]-1530; 1800/705-1707

in Accord with 48CFR 2833.103(f) NO INTERVENTION Permitted
(j) contract Award may not be Released if Protest is Recieved
Prior to Award. Original Documents sent on Jan. 6th 2023.
(d)(2) This is Being sent to the Secretary of Commerce, The U.S. District
Court & The contract office to contracting officer. (3) chooses
individual Above Contract officer & office for legal issues.
(4) Prefers oral Presentation for Arguements (e) Please inform
Vendors of any stay or suspension of Award.

Please Accept This Document As Notice of Protest. Please send
Me A Certified Copy of The Bonds & Contracts Associated with
The numbers Listed Above. Please send Any further Documents
forms or instructions/Procedures to Cancel, Terminate or Ratify
These Contracts.

Protest - Contract was not Disclosed By Contracting officer at The Tim
of issuance, Appointed Attorney Did not Disclose Contract & Argue
into Dishonor, There was No Bonded Claim from The Claimant.

Thank you for your Consideration & Attention in These Matters

Respectfully,

[Amos, Jacob of The Arroyo family] seal:

Authorized Representative for: AMOS JACOB ARROYO

Seal: [signature]

incorporated:
Birth Certificate #: J154121 _ 156885214193 NewYork 1985
Routing #: 643259293
cusip/AutoTris/Account #: 105572[illegible]

DATE: 14 Jan 2023
Sign: Sarah Ann Baily

SARAH ANN BAILEY NOTARY PUBLIC REG. #8001645 MY COMMISSION EXPIRES 09/30/2026 COMMONWEALTH OF VIRGINIA

STAMP

*Virginia Department of Corrections*

8/8/2024 1:21:18 PM

## Trust Monthly Statement

Exhibit: CC1 Pg. 1/10

**Facility: River North Correctional Center FG**

**Fiscal Period: November 2023 - Closed 12/01/2023** **From: 11/1/2023 To: 12/1/2023**

Arroyo, Amos Jacob (1943912) River North Correctional Center [B-1-136-B]

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Beginning Payables: | SPEND (511) | HOLD (512) | SAVINGS (513) | COMMISSARY (514) | UNCLAIMED (515) | RESERVE (516) | COURT (519) | CHILD SUPPORT (520) |
| | 400.34 | 0.00 | 39.00 | 0.00 | 0.00 | 0.00 | 4.84 | 0.00 |
| Beginning Receivables: | LOANS (211) | MEDCO LOANS (212) | | | | | | |
| | 0.00 | 0.00 | | | | | | |

| Post Date | Batch Number | Transaction Description | TC REF | Amount | Received From / Payee Name |
|---|---|---|---|---|---|
| 11/03/2023 | RNCC20231103WDK_N04 | Institutional Fines | 70-511 | 3.00 - | |
| 11/03/2023 | IPRNCCB_I1002202310292023 | Payroll - Regular | 90-511 | 0.00 + | |
| 11/13/2023 | RNCC20231111DPB_I01 | DP - EDI Jpay | 19-511 | 50.00 + | DAVIS, DON |
| 11/15/2023 | RNCC20231115WDHRS02 | Postage | 75-511 | 8.23 - | |
| 11/15/2023 | RNCC20231115WDHRS02 | Postage | 75-511 | 9.19 - | |
| 11/20/2023 | RNCC20231120WDHRS05 | Legal Mail Postage | 84-511 | 9.00 - | |
| 11/27/2023 | RNCC20231127WDK_N16 | Legal Mail Postage | 84-511 | 9.01 - | |
| 11/27/2023 | RNCC20231122WDB_I02 | JPay Media Purchase | 958-511 | 2.00 - | |
| 11/27/2023 | RNCC20231127WDB_I02 | JPay Media Purchase | 958-511 | 10.00 - | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Ending Payables: | SPEND (511) | HOLD (512) | SAVINGS (513) | COMMISSARY (514) | UNCLAIMED (515) | RESERVE (516) | COURT (519) | CHILD SUPPORT (520) |
| | 399.91 | 0.00 | 39.00 | 0.00 | 0.00 | 0.00 | 4.84 | 0.00 |
| Ending Receivables: | LOANS (211) | MEDCO LOANS (212) | | | | | | |
| | 0.00 | 0.00 | | | | | | |

*Virginia Department of Corrections*

8/8/2024 1:22:51 PM

# Trust Monthly Statement

Exhibit: CC1 Pg. 2/10

**Facility: River North Correctional Center FG**

**Fiscal Period: December 2023 - Closed 01/01/2024** **From: 12/1/2023 To: 1/1/2024**

Arroyo, Amos Jacob (1943912) River North Correctional Center [B-1-136-B]

| | SPEND (511) | HOLD (512) | SAVINGS (513) | COMMISSARY (514) | UNCLAIMED (515) | RESERVE (516) | COURT (519) | CHILD SUPPORT (520) |
|---|---|---|---|---|---|---|---|---|
| Beginning Payables: | 399.91 | 0.00 | 39.00 | 0.00 | 0.00 | 0.00 | 4.84 | 0.00 |

| | LOANS (211) | MEDCO LOANS (212) |
|---|---|---|
| Beginning Receivables: | 0.00 | 0.00 |

| Post Date | Batch Number | Transaction Description | TC REF | Amount | | Received From / Payee Name |
|---|---|---|---|---|---|---|
| 12/01/2023 | IPRNCCB_I1030202311262023 | Payroll - Regular | 90-511 | 0.00 | + | |
| 12/05/2023 | RNCC20231205WDHRS02 | Commissary #1 - Spend | 73-511 | 27.96 | - | Keefe |
| 12/07/2023 | RNCC20231207WDA_D11 | Postage | 75-511 | 8.76 | - | |
| 12/12/2023 | RNCC20231212WDA_D03 | Commissary #1 - Spend | 73-511 | 60.64 | - | Keefe |
| 12/14/2023 | RNCC20231214WDA_D04 | Legal Mail Postage | 84-511 | 0.65 | - | |
| 12/15/2023 | RNCC20231215WDA_D10 | Postage | 75-511 | 11.88 | - | |
| 12/15/2023 | RNCC20231215WDA_D11 | Legal Mail Postage | 84-511 | 8.77 | - | |
| 12/21/2023 | RNCC20231221DPA_D06 | Commissary #1 - Spend Refund | 173-511 | 60.64 | + | Keefe |
| 12/26/2023 | RNCC20231223DPB_I01 | DP - EDI Jpay | 19-511 | 50.00 | + | DAVIS, DON |
| 12/26/2023 | RNCC20231226WDB_I02 | JPay Media Purchase | 958-511 | 10.00 | - | |

| | SPEND (511) | HOLD (512) | SAVINGS (513) | COMMISSARY (514) | UNCLAIMED (515) | RESERVE (516) | COURT (519) | CHILD SUPPORT (520) |
|---|---|---|---|---|---|---|---|---|
| Ending Payables: | 381.89 | 0.00 | 39.00 | 0.00 | 0.00 | 0.00 | 4.84 | 0.00 |

| | LOANS (211) | MEDCO LOANS (212) |
|---|---|---|
| Ending Receivables: | 0.00 | 0.00 |

*Virginia Department of Corrections*

8/8/2024 1:23:00 PM

# Trust Monthly Statement

Exhibit: CC1 8/10

**Facility: River North Correctional Center FG**

**Fiscal Period: January 2024 - Closed 02/01/2024** **From: 1/1/2024 To: 2/1/2024**

Arroyo, Amos Jacob (1943912) River North Correctional Center [B-1-136-B]

| Beginning Payables: | SPEND (511) | HOLD (512) | SAVINGS (513) | COMMISSARY (514) | UNCLAIMED (515) | RESERVE (516) | COURT (519) | CHILD SUPPORT (520) |
|---|---|---|---|---|---|---|---|---|
| | 381.89 | 0.00 | 39.00 | 0.00 | 0.00 | 0.00 | 4.84 | 0.00 |

| Beginning Receivables: | LOANS (211) | MEDCO LOANS (212) |
|---|---|---|
| | 0.00 | 0.00 |

| Post Date | Batch Number | Transaction Description | TC REF | Amount | Received From / Payee Name |
|---|---|---|---|---|---|
| 01/02/2024 | RNCC20240102WDA_D04 | Commissary #1 - Spend | 73-511 | 55.00 - | Keefe |
| 01/16/2024 | RNCC20240113DPB_I01 | DP - EDI Jpay | 19-511 | 20.00 + | STOWERS, THOMAS |
| 01/18/2024 | RNCC20240118DPB_I01 | DP - EDI Jpay | 19-511 | 50.00 + | DAVIS, DON |
| 01/19/2024 | RNCC20240119WDK_N04 | Postage | 75-511 | 8.52 - | |
| 01/19/2024 | RNCC20240119WDK_N04 | Postage | 75-511 | 8.76 - | |
| 01/19/2024 | RNCC20240119WDK_N04 | Postage | 75-511 | 4.97 - | |
| 01/22/2024 | RNCC20240122WDHRS01 | Legal Mail Postage | 84-511 | 0.68 - | |
| 01/22/2024 | RNCC20240122WDHRS01 | Legal Mail Postage | 84-511 | 0.68 - | |
| 01/25/2024 | RNCC20240125WDB_I02 | JPay Media Purchase | 958-511 | 9.72 - | |
| 01/29/2024 | RNCC20240129WDA_D11 | Institutional Fines | 70-511 | 7.00 - | |
| 01/30/2024 | RNCC20240130WDA_D01 | Commissary #1 - Spend | 73-511 | 12.58 - | Keefe |

| Ending Payables: | SPEND (511) | HOLD (512) | SAVINGS (513) | COMMISSARY (514) | UNCLAIMED (515) | RESERVE (516) | COURT (519) | CHILD SUPPORT (520) |
|---|---|---|---|---|---|---|---|---|
| | 343.98 | 0.00 | 39.00 | 0.00 | 0.00 | 0.00 | 4.84 | 0.00 |

| Ending Receivables: | LOANS (211) | MEDCO LOANS (212) |
|---|---|---|
| | 0.00 | 0.00 |

*Virginia Department of Corrections*

# Trust Monthly Statement

8/8/2024 1:23:09 PM

Exhibit: CC1 84/18

**Facility: River North Correctional Center FG**

**Fiscal Period: February 2024 - Closed 03/01/2024** **From: 2/1/2024 To: 3/1/2024**

Arroyo, Amos Jacob (1943912) River North Correctional Center [B-1-136-B]

| Beginning Payables: | SPEND (511) | HOLD (512) | SAVINGS (513) | COMMISSARY (514) | UNCLAIMED (515) | RESERVE (516) | COURT (519) | CHILD SUPPORT (520) |
|---|---|---|---|---|---|---|---|---|
| | 343.98 | 0.00 | 39.00 | 0.00 | 0.00 | 0.00 | 4.84 | 0.00 |
| **Beginning Receivables:** | LOANS (211) | MEDCO LOANS (212) | | | | | | |
| | 0.00 | 0.00 | | | | | | |

| Post Date | Batch Number | Transaction Description | TC REF | Amount | Received From / Payee Name |
|---|---|---|---|---|---|
| 02/05/2024 | RNCC20240205WDA_D07 | Commissary #1 - Spend | 73-511 | 6.60 - | Keefe |
| 02/05/2024 | RNCC20240205WDK_N01 | Court Obligation Transfer to AP | 181-519 | 4.84 - | Newport News Circuit |
| 02/09/2024 | RNCC20240209WDA_D10 | Legal Mail Postage | 84-511 | 0.68 - | |
| 02/09/2024 | RNCC20240209WDA_D10 | Legal Mail Postage | 84-511 | 0.65 - | |
| 02/20/2024 | RNCC20240220WDB_I02 | JPay Media Purchase | 958-511 | 10.00 - | |
| 02/23/2024 | RNCC20240223WDA_D05 | Legal Mail Postage | 84-511 | 9.16 - | |
| 02/26/2024 | RNCC20240226WDA_D11 | Legal Mail Postage | 84-511 | 0.66 - | |
| 02/27/2024 | RNCC20240227WDA_D01 | Commissary #1 - Spend | 73-511 | 42.40 - | Keefe |

| Ending Payables: | SPEND (511) | HOLD (512) | SAVINGS (513) | COMMISSARY (514) | UNCLAIMED (515) | RESERVE (516) | COURT (519) | CHILD SUPPORT (520) |
|---|---|---|---|---|---|---|---|---|
| | 273.83 | 0.00 | 39.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Ending Receivables:** | LOANS (211) | MEDCO LOANS (212) | | | | | | |
| | 0.00 | 0.00 | | | | | | |

*Virginia Department of Corrections*

8/8/2024 1:23:16 PM

# Trust Monthly Statement

Exhibit: CC1 pg. 5/18

**Facility: River North Correctional Center FG**

**Fiscal Period: March 2024 - Closed 04/01/2024** **From: 3/1/2024 To: 4/1/2024**

Arroyo, Amos Jacob (1943912) River North Correctional Center [B-1-136-B]

| Beginning Payables: | SPEND (511) | HOLD (512) | SAVINGS (513) | COMMISSARY (514) | UNCLAIMED (515) | RESERVE (516) | COURT (519) | CHILD SUPPORT (520) |
|---|---|---|---|---|---|---|---|---|
| | 273.83 | 0.00 | 39.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Beginning Receivables:** | **LOANS (211)** | **MEDCO LOANS (212)** | | | | | | |
| | 0.00 | 0.00 | | | | | | |

| Post Date | Batch Number | Transaction Description | TC REF | Amount | Received From / Payee Name |
|---|---|---|---|---|---|
| 03/04/2024 | RNCC20240304DPB_I01 | DP - EDI Jpay | 19-511 | 100.00 + | VILLAFANA, SAADIA |
| 03/05/2024 | RNCC20240305WDA_D01 | Commissary #1 - Spend | 73-511 | 14.70 - | Keefe |
| 03/07/2024 | RNCC20240307WDA_D04 | Legal Mail Postage | 84-511 | 0.66 - | |
| 03/08/2024 | RNCC20240308DPB_I01 | DP - EDI Jpay | 19-511 | 50.00 + | DAVIS, DON |
| 03/08/2024 | RNCC20240308WDA_D01 | Spend to Reserve | 258-511 | 50.00 - | DAVIS, DON |
| 03/08/2024 | RNCC20240308WDA_D01 | Spend to Reserve | 258-516 | 50.00 + | DAVIS, DON |
| 03/08/2024 | RNCC20240308DPA_D04 | Hold Release Rejected | 901-516 | 50.00 - | DAVIS, DON |
| 03/11/2024 | RNCC20240311WDA_D09 | Legal Mail Postage | 84-511 | 0.65 - | |
| 03/11/2024 | RNCC20240311WDA_D09 | Legal Mail Postage | 84-511 | 0.65 - | |
| 03/11/2024 | RNCC20240311WDA_D09 | Legal Mail Postage | 84-511 | 0.65 - | |
| 03/18/2024 | RNCC20240318WDA_D04 | Legal Photocopies | 85-511 | 40.00 - | |
| 03/19/2024 | RNCC20240319WDA_D04 | Commissary #1 - Spend | 73-511 | 75.20 - | Keefe |
| 03/19/2024 | RNCC20240319WDA_D07 | Postage | 75-511 | 0.68 - | |
| 03/19/2024 | RNCC20240319WDA_D07 | Postage | 75-511 | 0.68 - | |
| 03/19/2024 | RNCC20240319WDA_D07 | Postage | 75-511 | 23.50 - | |
| 03/19/2024 | RNCC20240318WDB_I02 | JPay Media Purchase | 958-511 | 10.00 - | |
| 03/21/2024 | RNCC20240321WDA_D03 | Legal Mail Postage | 84-511 | 0.67 - | |
| 03/25/2024 | RNCC20240323DPB_I01 | DP - EDI Jpay | 19-511 | 20.00 + | STOWERS, THOMAS |
| 03/25/2024 | RNCC20240325WDA_D07 | Postage | 75-511 | 0.67 - | |
| 03/25/2024 | RNCC20240325WDA_D07 | Postage | 75-511 | 0.67 - | |
| 03/25/2024 | RNCC20240325WDA_D08 | Legal Mail Postage | 84-511 | 0.67 - | |
| 03/26/2024 | RNCC20240326WDA_D03 | Commissary #1 - Spend | 73-511 | 25.19 - | Keefe |
| 03/29/2024 | RNCC20240329WDA_D04 | Legal Mail Postage | 84-511 | 0.67 - | |

| Ending Payables: | SPEND (511) | HOLD (512) | SAVINGS (513) | COMMISSARY (514) | UNCLAIMED (515) | RESERVE (516) | COURT (519) | CHILD SUPPORT (520) |
|---|---|---|---|---|---|---|---|---|
| | 197.92 | 0.00 | 39.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Ending Receivables:** | **LOANS (211)** | **MEDCO LOANS (212)** | | | | | | |
| | 0.00 | 0.00 | | | | | | |

*Virginia Department of Corrections*

8/8/2024 1:23:26 PM

# Trust Monthly Statement

**Facility: River North Correctional Center FG**

Exhibit: CC1 pg. 6/8

**Fiscal Period: April 2024 - Closed 05/01/2024** **From: 4/1/2024 To: 5/1/2024**

Arroyo, Amos Jacob (1943912) River North Correctional Center [B-1-136-B]

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Beginning Payables: | SPEND (511) | HOLD (512) | SAVINGS (513) | COMMISSARY (514) | UNCLAIMED (515) | RESERVE (516) | COURT (519) | CHILD SUPPORT (520) |
| | 197.92 | 0.00 | 39.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Beginning Receivables: | LOANS (211) | MEDCO LOANS (212) | | | | | | |
| | 0.00 | 0.00 | | | | | | |

| Post Date | Batch Number | Transaction Description | TC REF | Amount | | Received From / Payee Name |
|---|---|---|---|---|---|---|
| 04/02/2024 | RNCC20240402WDA_D15 | Copies | 89-511 | 2.00 | - | |
| 04/05/2024 | RNCC20240405WDA_D06 | Copies | 89-511 | 2.00 | - | |
| 04/18/2024 | RNCC20240418WDA_D17 | Postage | 75-511 | 0.66 | - | |
| 04/18/2024 | RNCC20240418WDA_D17 | Postage | 75-511 | 0.66 | - | |
| 04/18/2024 | RNCC20240418WDA_D17 | Postage | 75-511 | 0.67 | - | |
| 04/19/2024 | RNCC20240419WDA_D09 | Legal Mail Postage | 84-511 | 0.65 | - | |
| 04/23/2024 | RNCC20240423WDHRS06 | Postage | 75-511 | 0.67 | - | |
| 04/26/2024 | RNCC20240426MNSMD01 | JE - Copy Refund | Manual GL Entry | 2.00 | + | |
| 04/26/2024 | RNCC20240426WDA_D09 | Postage | 75-511 | 10.40 | - | |
| 04/26/2024 | RNCC20240426WDA_D09 | Postage | 75-511 | 0.68 | - | |
| 04/30/2024 | RNCC20240430WDA_D03 | Commissary #1 - Spend | 73-511 | 20.54 | - | Keefe |
| 04/30/2024 | RNCC20240430WDA_D04 | Postage | 75-511 | 9.16 | - | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Ending Payables: | SPEND (511) | HOLD (512) | SAVINGS (513) | COMMISSARY (514) | UNCLAIMED (515) | RESERVE (516) | COURT (519) | CHILD SUPPORT (520) |
| | 151.83 | 0.00 | 39.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Ending Receivables: | LOANS (211) | MEDCO LOANS (212) | | | | | | |
| | 0.00 | 0.00 | | | | | | |

*Virginia Department of Corrections*

8/8/2024 1:23:36 PM

# Trust Monthly Statement

Exhibit: CC1 Pg. 7/10

**Facility: River North Correctional Center FG**

**Fiscal Period: May 2024 - Closed 06/01/2024** **From: 5/1/2024 To: 6/1/2024**

Arroyo, Amos Jacob (1943912) River North Correctional Center [B-1-136-B]

| | SPEND (511) | HOLD (512) | SAVINGS (513) | COMMISSARY (514) | UNCLAIMED (515) | RESERVE (516) | COURT (519) | CHILD SUPPORT (520) |
|---|---|---|---|---|---|---|---|---|
| Beginning Payables: | 151.83 | 0.00 | 39.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| | LOANS (211) | MEDCO LOANS (212) |
|---|---|---|
| Beginning Receivables: | 0.00 | 0.00 |

| Post Date | Batch Number | Transaction Description | TC REF | Amount | Received From / Payee Name |
|---|---|---|---|---|---|
| 05/01/2024 | RNCC20240501WDA_D06 | Postage | 75-511 | 0.67 - | |
| 05/07/2024 | RNCC20240507WDA_D03 | Commissary #1 - Spend | 73-511 | 20.34 - | Keefe |
| 05/08/2024 | RNCC20240508WDA_D04 | Postage | 75-511 | 0.67 - | |
| 05/08/2024 | RNCC20240508WDA_D04 | Postage | 75-511 | 0.67 - | |
| 05/13/2024 | RNCC20240513WDA_D12 | Legal Mail Postage | 84-511 | 0.67 - | |
| 05/14/2024 | RNCC20240514WDA_D06 | Postage | 75-511 | 0.67 - | |
| 05/16/2024 | RNCC20240516WDA_D09 | Copies | 89-511 | 0.60 - | |
| 05/28/2024 | RNCC20240528WDK_U01 | Legal Mail Postage | 84-511 | 0.68 - | |
| 05/29/2024 | RNCC20240529WDHRS01 | Postage | 75-511 | 0.65 - | |
| 05/29/2024 | RNCC20240529WDHRS07 | Legal Mail Postage | 84-511 | 0.68 - | |
| 05/31/2024 | RNCC20240531WDK_U03 | Legal Photocopies | 85-511 | 10.00 - | |

| | SPEND (511) | HOLD (512) | SAVINGS (513) | COMMISSARY (514) | UNCLAIMED (515) | RESERVE (516) | COURT (519) | CHILD SUPPORT (520) |
|---|---|---|---|---|---|---|---|---|
| Ending Payables: | 115.53 | 0.00 | 39.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| | LOANS (211) | MEDCO LOANS (212) |
|---|---|---|
| Ending Receivables: | 0.00 | 0.00 |

*Virginia Department of Corrections*

8/8/2024 1:23:44 PM

# Trust Monthly Statement

Exhibit: CC1 pg. 3/10

**Facility: River North Correctional Center FG**

**Fiscal Period: June 2024 - Closed 07/01/2024**

**From: 6/1/2024 To: 7/1/2024**

Arroyo, Amos Jacob (1943912)

River North Correctional Center [B-1-136-B]

| | SPEND (511) | HOLD (512) | SAVINGS (513) | COMMISSARY (514) | UNCLAIMED (515) | RESERVE (516) | COURT (519) | CHILD SUPPORT (520) |
|---|---|---|---|---|---|---|---|---|
| Beginning Payables: | 115.53 | 0.00 | 39.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| | LOANS (211) | MEDCO LOANS (212) |
|---|---|---|
| Beginning Receivables: | 0.00 | 0.00 |

| Post Date | Batch Number | Transaction Description | TC REF | Amount | Received From / Payee Name |
|---|---|---|---|---|---|
| 06/04/2024 | RNCC20240603WDK_U01 | Legal Mail Postage | 84-511 | 0.65 | - |
| 06/14/2024 | RNCC20240614WDA_D07 | Legal Mail Postage | 84-511 | 0.66 | - |
| 06/21/2024 | RNCC20240621WDA_D04 | Postage | 75-511 | 0.67 | - |
| 06/21/2024 | RNCC20240621WDA_D04 | Postage | 75-511 | 0.67 | - |
| 06/21/2024 | RNCC20240621WDA_D04 | Postage | 75-511 | 0.65 | - |
| 06/21/2024 | RNCC20240621WDA_D04 | Postage | 75-511 | 0.67 | - |
| 06/21/2024 | RNCC20240621WDA_D06 | Legal Mail Postage | 84-511 | 0.67 | - |
| 06/21/2024 | RNCC20240621WDA_D06 | Legal Mail Postage | 84-511 | 0.67 | - |
| 06/21/2024 | RNCC20240621WDA_D06 | Legal Mail Postage | 84-511 | 0.65 | - |
| 06/26/2024 | RNCC20240626WDA_D03 | Legal Mail Postage | 84-511 | 0.67 | - |
| 06/26/2024 | RNCC20240626WDA_D03 | Legal Mail Postage | 84-511 | 0.67 | - |

| | SPEND (511) | HOLD (512) | SAVINGS (513) | COMMISSARY (514) | UNCLAIMED (515) | RESERVE (516) | COURT (519) | CHILD SUPPORT (520) |
|---|---|---|---|---|---|---|---|---|
| Ending Payables: | 108.23 | 0.00 | 39.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| | LOANS (211) | MEDCO LOANS (212) |
|---|---|---|
| Ending Receivables: | 0.00 | 0.00 |



This document contains confidential information. Unauthorized dissemination may result in civil or criminal penalties.

*Virginia Department of Corrections*

# Trust Monthly Statement

8/1/2024 8:02:31

**Facility: River North Correctional Center FG**

Exhibit: CC1 pg. 9/10

**Fiscal Period: July 2024 - Closed 08/01/2024** **From: 7/1/2024 To: 8/1/2024**

Arroyo, Amos Jacob (1943912) River North Correctional Center [B-1-136-B]

| Beginning Payables: | SPEND (511) | HOLD (512) | SAVINGS (513) | COMMISSARY (514) | UNCLAIMED (515) | RESERVE (516) | COURT (519) | CHILD SUPPOI (520) |
|---|---|---|---|---|---|---|---|---|
| | 108.23 | 0.00 | 39.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Beginning Receivables:** | **LOANS (211)** | **MEDCO LOANS (212)** | | | | | | |
| | 0.00 | 0.00 | | | | | | |

| Post Date | Batch Number | Transaction Description | TC REF | Amount | Received From / Payee Name |
|---|---|---|---|---|---|
| 07/02/2024 | RNCC20240702WDA_D15 | Postage | 75-511 | 0.67 - | |
| 07/02/2024 | RNCC20240702WDA_D15 | Postage | 75-511 | 0.65 - | |
| 07/05/2024 | RNCC20240705WDA_D07 | Legal Mail Postage | 84-511 | 0.65 - | |
| 07/05/2024 | RNCC20240705WDA_D07 | Legal Mail Postage | 84-511 | 0.65 - | |
| 07/05/2024 | IPRNCCB_I0603202406302024 | Payroll - Regular | 90-511 | 12.15 + | |
| 07/05/2024 | RNCC20240705WDB_I03 | Court Witholding | 180-511 | 0.61 - | |
| 07/05/2024 | RNCC20240705WDB_I03 | Court Witholding | 180-519 | 0.61 + | |
| 07/09/2024 | RNCC20240709WDA_D02 | Commissary #1 - Spend | 73-511 | 5.32 - | Keefe |
| 07/09/2024 | RNCC20240709WDA_D04 | Postage | 75-511 | 0.67 - | |
| 07/11/2024 | RNCC20240711WDA_D03 | Legal Mail Postage | 84-511 | 0.67 - | |
| 07/12/2024 | RNCC20240712WDA_D06 | Postage | 75-511 | 0.67 - | |
| 07/12/2024 | RNCC20240712WDA_D12 | GTL PHONE | 43-511 | 20.00 - | |
| 07/18/2024 | RNCC20240717WDB_I02 | JPay Media Purchase | 958-511 | 8.91 - | |
| 07/29/2024 | RNCC20240729WDA_D11 | Postage | 75-511 | 0.70 - | |
| 07/30/2024 | RNCC20240730DPB_I01 | DP - EDI Jpay | 19-511 | 150.00 + | VILLAFANA,SAADI |
| 07/30/2024 | RNCC20240730WDA_D03 | Commissary #1 - Spend | 73-511 | 7.90 - | Keefe |

| Ending Payables: | SPEND (511) | HOLD (512) | SAVINGS (513) | COMMISSARY (514) | UNCLAIMED (515) | RESERVE (516) | COURT (519) | CHILD SUPPOR (520) |
|---|---|---|---|---|---|---|---|---|
| | 222.31 | 0.00 | 39.00 | 0.00 | 0.00 | 0.00 | 0.61 | 0.00 |
| **Ending Receivables:** | **LOANS (211)** | **MEDCO LOANS (212)** | | | | | | |
| | 0.00 | 0.00 | | | | | | |

*Virginia Department of Corrections*

9/3/2024 10 13 16 AM

# Trust Monthly Statement

Exhibit: CC1 Pg. 10/10

**Facility: River North Correctional Center FG**

**Fiscal Period: August 2024 - Closed 09/01/2024** **From: 8/1/2024 To: 9/1/2024**

Arroyo, Amos Jacob (1943912) River North Correctional Center [B-3-317-B]

| Beginning Payables: | SPEND (511) | HOLD (512) | SAVINGS (513) | COMMISSARY (514) | UNCLAIMED (515) | RESERVE (516) | COURT (519) | CHILD SUPPORT (520) |
|---|---|---|---|---|---|---|---|---|
| | 222.31 | 0 00 | 39 00 | 0 00 | 0 00 | 0.00 | 0 61 | 0 00 |

| Beginning Receivables: | LOANS (211) | MEDCO LOANS (212) |
|---|---|---|
| | 0 00 | 0 00 |

| Post Date | Batch Number | Transaction Description | TC REF | Amount | Received From / Payee Name |
|---|---|---|---|---|---|
| 08/01/2024 | RNCC20240801WDA_D07 | Copies | 89-511 | 0 70 - | |
| 08/02/2024 | IPRNCCB_I0701202407282024 | Payroll - Regular | 90-511 | 4 05 + | |
| 08/02/2024 | RNCC20240802WDB_I03 | Court Witholding | 180-511 | 0 20 - | |
| 08/02/2024 | RNCC20240802WDB_I03 | Court Witholding | 180-519 | 0.20 + | |
| 08/08/2024 | RNCC20240808WDA_D08 | Copies | 89-511 | 0 90 - | |
| 08/09/2024 | RNCC20240809WDK_U07 | GTL PHONE | 43-511 | 20.00 - | |
| 08/12/2024 | RNCC20240812WDA_D07 | Legal Photocopies | 85-511 | 2.70 - | |
| 08/15/2024 | RNCC20240815WDA_D07 | Copies | 89-511 | 0.30 - | |
| 08/19/2024 | RNCC20240819WDA_D11 | Legal Mail Postage | 84-511 | 0.71 - | |
| 08/20/2024 | RNCC20240820WDA_D06 | Commissary #1 - Spend | 73-511 | 4.54 - | Keefe |
| 08/26/2024 | RNCC20240826WDK_U06 | Legal Photocopies | 85-511 | 6.20 - | |
| 08/27/2024 | RNCC20240827WDA_D06 | Legal Mail Postage | 84-511 | 11 51 - | |
| 08/28/2024 | RNCC20240828WDA_D06 | Legal Photocopies | 85-511 | 6 00 - | |
| 08/30/2024 | RNCC20240830WDK_U14 | Copies | 89-511 | 5 40 - | |

| Ending Payables: | SPEND (511) | HOLD (512) | SAVINGS (513) | COMMISSARY (514) | UNCLAIMED (515) | RESERVE (516) | COURT (519) | CHILD SUPPORT (520) |
|---|---|---|---|---|---|---|---|---|
| | 167.20 | 0.00 | 39 00 | 0 00 | 0 00 | 0.00 | 0.81 | 0 00 |

| Ending Receivables: | LOANS (211) | MEDCO LOANS (212) |
|---|---|---|
| | 0.00 | 0.00 |