AMENDED COMPLAINT

IN THE UNITED STATES DISTRICT COURT
Western District of Virginia

CLERK'S OFFICE U.S. DISTRICT. COURT
AT ROANOKE, VA
FILED

OCT 25 2024

LAURA A. AUSTIN, CLERK
BY: H. Beeson
DEPUTY CLERK

Urbanski
District Judge
(Assigned by Clerk's Office)

Memmer
Mag. Referral Judge
(Assigned by Clerk's Office)

CIVIL ACTION NO. 7:24cv00518
(Assigned by Clerk's Office)

For use by Inmates filing a Complaint under

**CIVIL RIGHTS ACT, 42 U.S.C. §1983 or BIVENS v. SIX UNKNOWN NAMED AGENTS OF FED. BUREAU OF NARCOTICS, 403 U.S. 388 (1971)**

AMOS JACOB ARROYO — 1948912
Plaintiff Name Amos-Jacob: Arroyo (Agent) — Inmate No.

v.

RAQUEL HICKMAN, 329 Dell Brook Ln, Independence, VA 24348
Defendant Name & Address POST MASTER

E. Bemis, Sgt. 329 Dell Brook Ln, Independence, VA 24348
Defendant Name & Address

K. Lowe, LT. 329 Dell Brook Ln, Independence, VA 24348
Defendant Name & Address

Joseph Bateman, Asst. Ward., ~~329 Dell Brook Ln, Independence, VA 24348~~ VA DOC, 6900 Atmore Dr., Richmond VA 23219
Defendant Name & Address

DAVID ANDERSON, WARDEN, ~~329 Dell Brook Ln, Independence, VA 24348~~ VA DOC, 6900 Atmore Dr, Richmond VA 23219
Defendant Name & Address

HOWARD Sharpe, Major, ~~329 Dell Brook Ln,~~ VA DOC 6900 Atmore Dr, Richmond, VA 23219
Defendant Name & Address

DAVID Robinson, VADOC 6900 Atmore Dr., Richmond, VA 23219
Defendant Name & Address

**IF YOU NEED TO ADD MORE DEFENDANTS, USE A SEPARATE SHEET OF PAPER, AND PUT NAME AND ADDRESS FOR EACH NAMED DEFENDANT. TITLE THE SECOND PAGE "CONTINUED NAMED DEFENDANTS"**

A. **Where are you now?** Name ***and*** Address of Facility:

River North Correctional Center

329 Dellbrook Ln., Independence, VA 24348

B. Where did this action take place?

River North Correctional Center

C. Have you begun an action in state or federal court dealing with the same facts involved in this complaint?

X Yes ______No

If your answer to A is Yes, answer the following:

1. Court: Eastern District of Virginia Newport News Dist. Ct.
2. Case Number: 2:22 CV 421

D. Have you filed any grievances regarding the facts of this complaint?

X Yes ______No

1. If your answer is Yes, indicate the result:

Failed to correct their violations or return $ which was obtained using fraud.

2. If your answer is No, indicate why:

E. Statement of Claim(s): State briefly the facts in this complaint. Describe what action(s) each defendant took in violation of your federal rights and include the relevant dates and places. **Do not give any legal arguments or cite any cases or statutes**. If necessary, you may attach additional page(s). Please write legibly.

Claim #1 – Supporting Facts – Briefly tell your story without citing cases or law:

staff obtain trust funds under false (fraud) pretenses See Evidence Submitted RNCC 20240419 WDA_DOA Trust Record & outgoing legal mail to Don Davis Dated: 4/19/2024 Missing city, state & zip code.

Claim #2 – Supporting Facts – Briefly tell your story without citing cases or law:
(Additional Supporting Facts may be placed on a separate paper titled ADDITIONAL SUPPORTING FACTS)

staff committed mail fraud see Above Evidence Multiple times, (How many Must Be Ascertained Through Discovery). Must be moved to obtain Records!

**F.** State what relief you seek from the Court. Make no legal arguments and cite no cases or statutes.

Temporary Restraining order, Preliminary Injunction & Declaratory Judgement Declaring The facility Has violated my Constitutional & other Rights & immediate transfer to A level 3 facility.

**G.** If this case goes to trial, do you request a trial by jury? Yes ✓ No ____

**H.** If I am released or transferred, I understand it is my responsibility to immediately notify the court in writing of any change of address *after* I have been released or transferred or my case may be dismissed.

DATED: 10/21/2024 SIGNATURE: [signature] w/o prej

VERIFICATION:
I, Amos-Jacob: Arroyo, state that I am the plaintiff in this action, and I know the content of the above complaint; that it is true of my own knowledge, except as to those matters that are stated to be based on information and belief, and as to those matters, I believe them to be true. I further state that I believe the factual assertations are sufficient to support a claim of violation of constitutional rights. Further, I verify that I am aware of the provisions set forth in 28 U.S.C. §1915 that prohibit an inmate from filing a civil action or appeal, if the prisoner has, on three or more occasions, while incarcerated brought an action or appeal in federal court that is dismissed on the grounds that it was frivolous, malicious, or failed to state a claim upon which relief may be granted, unless the prisoner is imminent danger of serious physical injury. I understand that if this complaint is dismissed on any of the above grounds, I may be prohibited from filing any future actions without the pre-payment of the filing fees. I declare under penalty of perjury the foregoing to be true and correct.

DATED: 10/21/24 SIGNATURE: [signature] w/o prej.

By: Amos-Jacob: Arroyo

VIRGINIA

SIGHT DRAFT

Date: 10/21/24

[$1,000,000.00] one million Dollars
Sum

Drawee Pay to: Roanoke U.S. District Court
The Sum Above within 3 Days on sight of This
Draft from Account #: 055 72 1399
Routing # 0210-0120-8; Bond # B 43259393

[signature]

By: Amos-Jacob: Arroyo, - Agent

RECEIVED
OCT 25 2024
USDC Clerk's Office
Mail Room

VADOC NEITHER CENSORED NOR INSPECTED THIS ITEM AND ASSUMES NO RESPONSIBILITY FOR ITS CONTENTS

GREENSBORO NC 270
23 OCT 2024PM 5 L

US POSTAGE PITNEY BOWES
CORRECTION
ZIP 24348 $ 000.68⁰
02 7W
0008034083 OCT 22 2024

Amos-Jacob: Arroyo
AMOS JACOB ARROYO #1943912
329 Dell Brook Lane
Ind., VA 24348

Laura Austin, Clerk of Court
Roanoke US District Court
210 Franklin Rd., Room 540
Roanoke, VA 24011

RECEIVED
OCT 22 2024
RNCC Mailroom
Outgoing Legal Mail

"Official Business"
"Legal Correspondence"

24011-220840